# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

H–D U.S.A., LLC

                                          Plaintiff,

v.                                                                        Case No.: 1:21–cv–03294

                                                                        Honorable Thomas M. Durkin

The Partnerships and Unincorporated Associations Identified on Schedule "A"

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 22, 2021:

      MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff H–D U.S.A., LLC's motion for leave to file under seal [3] is granted. Plaintiff H–D U.S.A., LLC's motion for temporary restraining order including a temporary injunction, a temporary asset restraint, and expedited discovery [9] is granted. Enter order. Plaintiff H–D U.S.A., LLC's motion for electronic service of process pursuant to Fed. R. Civ. P. 4(f)(3) [14] is granted. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.