# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| H-D U.S.A., LLC,<br><br>        Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>        Defendants. | **Case No. 21-cv-03294**<br><br>**Judge Thomas M. Durkin**<br><br>**Magistrate Judge Beth W. Jantz** |

## PRELIMINARY INJUNCTION ORDER

Plaintiff H-D U.S.A., LLC's ("Plaintiff" or "Harley-Davidson")filed a Motion for Entry of a Preliminary Injunction against the against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Harley-Davidson's Motion in part as follows.

This Court finds Harley-Davidson has provided notice to Defendants in accordance with the Temporary Restraining Order entered June 22, 2021, [21] ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Harley-Davidson has provided

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Harley-Davidson's federally registered trademarks (the "Harley-Davidson Trademarks") to residents of Illinois. In this case, Harley-Davidson has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Harley-Davidson Trademarks. *See* Docket No. [13], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Harley-Davidson Trademarks.

  This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Harley-Davidson's previously granted Motion for Entry of a TRO establishes that Harley-Davidson has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Harley-Davidson will suffer irreparable harm if the injunction is not granted.

  Specifically, Harley-Davidson has proved a *prima facie* case of trademark infringement because (1) the Harley-Davidson Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the Harley-Davidson Trademarks, and (3) Defendants' use of the

2

Harley-Davidson Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Harley-Davidson. Furthermore, Defendants' continued and unauthorized use of the Harley-Davidson Trademarks irreparably harms Harley-Davidson through diminished goodwill and brand confidence, damage to Harley-Davidson's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Harley-Davidson has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

    a. using the Harley-Davidson Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Harley-Davidson product or not authorized by Harley-Davidson to be sold in connection with the Harley-Davidson Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Harley-Davidson product or any other product produced by Harley-Davidson, that is not Harley-Davidson's or not produced under the authorization, control, or supervision of Harley-Davidson and approved by Harley-Davidson for sale under the Harley-Davidson Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Harley-

3

        Davidson, or are sponsored by, approved by, or otherwise connected with Harley-Davidson; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Harley-Davidson, nor authorized by Harley-Davidson to be sold or offered for sale, and which bear any of Harley-Davidson's trademarks, including the Harley-Davidson Trademarks, or any reproductions, counterfeit copies, or colorable imitations.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. Upon Harley-Davidson's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc., ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Harley-Davidson expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

    a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

4

    b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

    c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Wish.com, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4. Upon Harley-Davidson's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Harley-Davidson Trademarks.

5. Any Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

    a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in

5

        Schedule A hereto, the e-mail addresses identified in Exhibit [13] to the Declaration of Adraea M. Brown, and any e-mail addresses provided for Defendants by third parties; and

    b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

6. Harley-Davidson may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses identified in Exhibit 3 to the Declaration of Adraea M. Brown and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "The Partnerships and all other Defendants identified in the Operative Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

7. Schedule A to the Pleading(s) [2], Exhibit 3 to the Declaration of Adraea M. Brown [13], and the TRO [21] are unsealed.

8. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

9.  The $10,000.00 bond posted by Harley-Davidson shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

*Thomas M Durkin*

Thomas M. Durkin
United States District Judge

Dated: July 23, 2021

**Schedule A**
**H-D U.S.A., LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 21-cv-3294**

| No. | Seller Aliases | No. | Seller Aliases |
|---:|---|---:|---|
| 1 | autopartsfactory store | 2 | maxpeedingrods xpeed store |
| 3 | Balgari Store | 4 | Taibosch Store |
| 5 | Fancitale Store | 6 | double-van art Store |
| 7 | Lu Ai Store | 8 | LQXLSA Women's Store |
| 9 | Shop911202141 Store | 10 | Cutenew Store |
| 11 | Fantacy Art Store | 12 | Bald Governor 003H Store |
| 13 | Shop911609407 Store | 14 | Jupao Store |
| 15 | Xinxin Xiangyi Store | 16 | Golden Bay Store Store |
| 17 | redpink Store | 18 | excellentt Store |
| 19 | Yuhange Store | 20 | Shop070588 Store |
| 21 | ArtPaintings Store | 22 | Life Foever 1331 Store |
| 23 | Little Nili Men's Store Store | 24 | enjoyy004 Store |
| 25 | PremiumShop666 Store | 26 | jianxiaojiedediepu Store |
| 27 | Hallo Kitea NO29 Store | 28 | 26363332 Store |
| 29 | YSMLK Retail Store | 30 | Jingwei Digital 04 Store |
| 31 | mhmj Store | 32 | CUCUSHOP Store |
| 33 | PHONECE Store | 34 | Yi Lian Good thing Store |
| 35 | Encounters 05 Store | 36 | aTalent Store |
| 37 | Good meaning Store | 38 | Old Racers Store |
| 39 | Buggle Store | 40 | LHLHLH3 Store |
| 41 | Motorcycle jacket menswear Store | 42 | Trillions of xingfa Store |
| 43 | Golebo Store | 44 | Xingsheng Herenkleding Store |
| 45 | Transnational trend Store | 46 | paula888 Store |
| 47 | 1994 Patch Store | 48 | aoe Store |
| 49 | Car jacket Store | 50 | ZouFan 2138 Store |
| 51 | AZ199411 Store | 52 | 1313Defit casee Store |
| 53 | C-One-PhoneCase Store | 54 | Madferret Store |
| 55 | JBHKLJBLUH Store | 56 | Happyi Stars Store |
| 57 | WWTT20210507 Store | 58 | Impressive menswear Store |
| 59 | Planet 2136 Store | 60 | 100% menswear Store |
| 61 | 100% cotton -T-shirts Store | 62 | Allons Store |
| 63 | p-c-g-f Store | 64 | Juanjuan Store |
| 65 | baseballcapypods Store | 66 | G-gucci Store |
| 67 | Champagne0212 Store | 68 | Lihaoyu |
| 69 | victoriaofstyle | 70 | A124RSFKOHO3IA |
| 71 | JIAN FENG MIAO | 72 | WOLLET |
| 73 | A15Y9LW33HMMIL | 74 | Cool life store |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 75 | MIFENGYUAN | 76 | jinfanmaoyigongsi |
| 77 | A19UX3XLSB6KNR | 78 | Art Theme Store |
| 79 | JingXiaHG | 80 | OMGIPPIN |
| 81 | YUEQINM | 82 | A1D83ZYUWIVDDA |
| 83 | jinanshangmaosjz | 84 | kundulunqujiaboyishuiguojingxiaodian |
| 85 | Come brownie | 86 | A1GCQ5OVHEI2CB |
| 87 | donghongjian2021 | 88 | DWLBrothers |
| 89 | chongchongdedian | 90 | feimingdishangmao |
| 91 | DM-CD | 92 | A1NHERIBJLK06X |
| 93 | PU YANG LIANG SHENG SHANG MAO YOU XIAN GONG SI | 94 | YiJiaWangLuoKeJiYouXianGongSi |
| 95 | WISHTA | 96 | SUMMITS TELECOM LIMITEDz |
| 97 | chongqingshidazuquhuaiqingshengtainongyeyouxiangon | 98 | BeiJingYiDuShangMaoYouXianGongSi |
| 99 | A1Q18ME3QC6SRB | 100 | A1QR89EOQ14WL2 |
| 101 | LiuLinXianDeWuYanJiuFuShiDian | 102 | Hangzhou Xuan Chuan Trading Co., Ltd |
| 103 | XiXiangShengYingMaoYiShangHang | 104 | Maria's Boutique Supermarket |
| 105 | EZseven | 106 | haoqianbaihuo |
| 107 | Hookedhu | 108 | BUWU |
| 109 | Jiutaiquyingchengyanxiariyongbaihuodian | 110 | geechcs |
| 111 | A224II6QDSEAB2 | 112 | aidujingpinmaoyishanghang |
| 113 | Tie Micro Technology Co.Limited21 | 114 | lianlingdianzi |
| 115 | GZSSHUYEZHUBAOSHIPIN | 116 | Vintage Tin Plaque |
| 117 | A2BULJE78XJCQ | 118 | yinlyy |
| 119 | BBU KING | 120 | A2GXSY9O4ZS63W |
| 121 | changoushunshangmao | 122 | luozhiqiangert |
| 123 | Li Zi Jian | 124 | XiaoMingShop |
| 125 | AMAZANS | 126 | kangenge |
| 127 | Eurolite | 128 | Li Jinyan Department Store |
| 129 | CHENGXIANGQULONGQIAOZHANGJIAJIAZHENZHIPINDIAN | 130 | Miaodu |
| 131 | chenwangyu | 132 | dianzishangwtrt |
| 133 | Molek | 134 | HBHKAL |
| 135 | foshanshichanchengqudeqianyibaihuoshanghang | 136 | liuguoming02 |
| 137 | Btiiyscl Tebhygs | 138 | MUYI-GO Technology Limited3 |
| 139 | niuaizhuanqian | 140 | BeiJingRenHeJiaMeiShangMaoYouXianGongSi |

9

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 141 | puyangkelanmeishangmaoyouxiangongsi | 142 | Agnes Johnson Store |
| 143 | Beautiful&sister | 144 | mingxingchaoshi |
| 145 | DMZDQ | 146 | chengxiangqulongqiaolishuofuzhuangshanghang |
| 147 | haikoulonghuawahabaihuodian | 148 | RunTaoQiCheMaoYiYouXianGongSi |
| 149 | HappyandNice | 150 | LUOXIAKJ |
| 151 | guangzhoucengzhiduishangmaoyouxiangongsi | 152 | ShanXiZhaiXingGeChaYeYouXianGongSi |
| 153 | HengBaiXiangQiChe | 154 | baodexianliuxiabangongyongpindian |
| 155 | zhangyongming | 156 | A3G9Z40EWAW0SW |
| 157 | CLXZTHYo | 158 | WisLotife's |
| 159 | RenHoodie | 160 | ZORMIEY ARTWORK |
| 161 | PU YANG ZHI LIAN CAI SHUI GUAN LI ZI XUN ZHONG XIN | 162 | Super Grocers |
| 163 | SHAOXIANKUN | 164 | kenfashangmao |
| 165 | shihukemaoyi | 166 | tianjinjinghaiqufuhongwujindia |
| 167 | WANERR | 168 | A3Q6B8NWCDYMKH |
| 169 | Le Bon fook home | 170 | Hangzhou Youyang Electronic Commerce Co., Ltd. |
| 171 | gekashangmao | 172 | FRANK CO., LIMITED |
| 173 | haiqiushangmaoyouxiangongsi | 174 | 651-wafaw |
| 175 | Great department store | 176 | Key Life US |
| 177 | bo luo cheng xin dian | 178 | ShaMen Yixingyuan Trade Co., Ltd |
| 179 | yujuntongda | 180 | GuangZhouNanShaQuJiaShengSanShangMaoYouXianGongSi |
| 181 | guangzhousanzhangmaoyi | 182 | guohang--shop |
| 183 | Best&store | 184 | Linda k |
| 185 | shanxixinyuanhuafangdichanjingjiyouxiangongsi | 186 | AO8BUP1I4YPC7 |
| 187 | PuYangShiHaiGongShangMaoYouXianGongSi | 188 | Xia&Lin |
| 189 | ZHWDA | 190 | YSTickers |
| 191 | JiangShuAiQingGuShi | 192 | Strongest painting |
| 193 | GUANGZHOU HUANGKUANG MAOYI SHANGHANG | 194 | jeweltwists |
| 195 | mar597109 | 196 | speedingmotorparts |
| 197 | suspensionmasters | | |

10

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | aliexpress.com/store/3267008 | 2 | aliexpress.com/store/3671084 |
| 3 | aliexpress.com/store/5499020 | 4 | aliexpress.com/store/5972078 |
| 5 | aliexpress.com/store/900251105 | 6 | aliexpress.com/store/910721128 |
| 7 | aliexpress.com/store/911045108 | 8 | aliexpress.com/store/911133013 |
| 9 | aliexpress.com/store/911202141 | 10 | aliexpress.com/store/911325143 |
| 11 | aliexpress.com/store/911331085 | 12 | aliexpress.com/store/911422051 |
| 13 | aliexpress.com/store/911609407 | 14 | aliexpress.com/store/911705121 |
| 15 | aliexpress.com/store/911725163 | 16 | aliexpress.com/store/911745245 |
| 17 | aliexpress.com/store/911751364 | 18 | aliexpress.com/store/911754809 |
| 19 | aliexpress.com/store/911759513 | 20 | aliexpress.com/store/911764863 |
| 21 | aliexpress.com/store/3220043 | 22 | aliexpress.com/store/911765941 |
| 23 | aliexpress.com/store/911775502 | 24 | aliexpress.com/store/911783743 |
| 25 | aliexpress.com/store/911787605 | 26 | aliexpress.com/store/911789747 |
| 27 | aliexpress.com/store/911793508 | 28 | aliexpress.com/store/911797584 |
| 29 | aliexpress.com/store/911798137 | 30 | aliexpress.com/store/911799256 |
| 31 | aliexpress.com/store/911805073 | 32 | aliexpress.com/store/911806015 |
| 33 | aliexpress.com/store/911817446 | 34 | aliexpress.com/store/911820192 |
| 35 | aliexpress.com/store/911830168 | 36 | aliexpress.com/store/911832040 |
| 37 | aliexpress.com/store/911832329 | 38 | aliexpress.com/store/911832401 |
| 39 | aliexpress.com/store/911832506 | 40 | aliexpress.com/store/911836199 |
| 41 | aliexpress.com/store/911838179 | 42 | aliexpress.com/store/911860018 |
| 43 | aliexpress.com/store/911864044 | 44 | aliexpress.com/store/911874092 |
| 45 | aliexpress.com/store/911880168 | 46 | aliexpress.com/store/911883138 |
| 47 | aliexpress.com/store/911883229 | 48 | aliexpress.com/store/911893237 |
| 49 | aliexpress.com/store/911896067 | 50 | aliexpress.com/store/911929996 |
| 51 | aliexpress.com/store/911930648 | 52 | aliexpress.com/store/911931645 |
| 53 | aliexpress.com/store/911933081 | 54 | aliexpress.com/store/911934964 |
| 55 | aliexpress.com/store/911935068 | 56 | aliexpress.com/store/911935673 |
| 57 | aliexpress.com/store/911936687 | 58 | aliexpress.com/store/911937122 |
| 59 | aliexpress.com/store/911940683 | 60 | aliexpress.com/store/911940792 |
| 61 | aliexpress.com/store/911941646 | 62 | aliexpress.com/store/911944504 |
| 63 | aliexpress.com/store/911945043 | 64 | aliexpress.com/store/911960069 |
| 65 | aliexpress.com/store/911962192 | 66 | aliexpress.com/store/911972069 |
| 67 | aliexpress.com/store/912024517 | 68 | amazon.com/sp?seller=A11CGNUQ1F7GPM |
| 69 | amazon.com/sp?seller=A124MRFPZL7OM9 | 70 | amazon.com/sp?seller=A124RSFKOHO3IA |
| 71 | amazon.com/sp?seller=A13TA1DY0BTM52 | 72 | amazon.com/sp?seller=A14F0YV30I223P |
| 73 | amazon.com/sp?seller=A15Y9LW33HMMIL | 74 | amazon.com/sp?seller=A178FCMAXC5853 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 75 | amazon.com/sp?seller=A179LXLN4FY5RM | 76 | amazon.com/sp?seller=A18OLYEKV5LJME |
| 77 | amazon.com/sp?seller=A19UX3XLSB6KNR | 78 | amazon.com/sp?seller=A1CHP3G5DFNXJB |
| 79 | amazon.com/sp?seller=A1CJCFJUFU2BX | 80 | amazon.com/sp?seller=A1D0Y3KH4FFVAD |
| 81 | amazon.com/sp?seller=A1D82UM5Y1Y5CQ | 82 | amazon.com/sp?seller=A1D83ZYUWIVDDA |
| 83 | amazon.com/sp?seller=A1DN4JAIQ7NWX2 | 84 | amazon.com/sp?seller=A1E7SGDL6EX5QX |
| 85 | amazon.com/sp?seller=A1EZBQJBG6YV8A | 86 | amazon.com/sp?seller=A1GCQ5OVHEI2CB |
| 87 | amazon.com/sp?seller=A1H7USALE7YUJU | 88 | amazon.com/sp?seller=A1HEDYQ63RL4BF |
| 89 | amazon.com/sp?seller=A1K1R2K5NM83IE | 90 | amazon.com/sp?seller=A1MCWTL1SHZ1G5 |
| 91 | amazon.com/sp?seller=A1MS94GR1GWAU5 | 92 | amazon.com/sp?seller=A1NHERIBJLK06X |
| 93 | amazon.com/sp?seller=A1O23Z853EVXUR | 94 | amazon.com/sp?seller=A1OIS4VT18W6BG |
| 95 | amazon.com/sp?seller=A1OROP4ZRIK8NM | 96 | amazon.com/sp?seller=A1OXPBAIJZOW6A |
| 97 | amazon.com/sp?seller=A1P9T69ZH2494U | 98 | amazon.com/sp?seller=A1PYL9TO4WG7SN |
| 99 | amazon.com/sp?seller=A1Q18ME3QC6SRB | 100 | amazon.com/sp?seller=A1QR89EOQ14WL2 |
| 101 | amazon.com/sp?seller=A1SXRLTK6AR7QP | 102 | amazon.com/sp?seller=A1TW7FU0LM5KEO |
| 103 | amazon.com/sp?seller=A1VFIBKWK5U1YO | 104 | amazon.com/sp?seller=A1VFPFH51PI1D7 |
| 105 | amazon.com/sp?seller=A1WT3G93VVVDXL | 106 | amazon.com/sp?seller=A1Y6S4HO2L5C3 |
| 107 | amazon.com/sp?seller=A1YVMI5QJ325B7 | 108 | amazon.com/sp?seller=A1Z4WIDFPBUPWD |
| 109 | amazon.com/sp?seller=A1ZW8RD38642N5 | 110 | amazon.com/sp?seller=A21IE43WN3Q2TB |
| 111 | amazon.com/sp?seller=A224II6QDSEAB2 | 112 | amazon.com/sp?seller=A228FALF80NRKA |
| 113 | amazon.com/sp?seller=A23KSXSWXDVBMG | 114 | amazon.com/sp?seller=A2446MU1O80E45 |
| 115 | amazon.com/sp?seller=A27UF4ALPGX395 | 116 | amazon.com/sp?seller=A28929W0LA8X63 |
| 117 | amazon.com/sp?seller=A2BULJE78XJCQ | 118 | amazon.com/sp?seller=A2CNNRYXLIMKPL |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 119 | amazon.com/sp?seller=A2E74WW1530AJ | 120 | amazon.com/sp?seller=A2GXSY9O4ZS63W |
| 121 | amazon.com/sp?seller=A2HWX8IF1D8TJ5 | 122 | amazon.com/sp?seller=A2J7RST5ITLWQ4 |
| 123 | amazon.com/sp?seller=A2KFDD37I2ABNY | 124 | amazon.com/sp?seller=A2KWFPOSCKHZAM |
| 125 | amazon.com/sp?seller=A2LD865H54UBYX | 126 | amazon.com/sp?seller=A2M5H23JSXZ5EE |
| 127 | amazon.com/sp?seller=A2MZVUNOJLDL4S | 128 | amazon.com/sp?seller=A2NM4RQEKKALQ4 |
| 129 | amazon.com/sp?seller=A2S5HDEITKPAZK | 130 | amazon.com/sp?seller=A2T0NH23IT022Q |
| 131 | amazon.com/sp?seller=A2TJ7TVUIA2BL3 | 132 | amazon.com/sp?seller=A2VFCVND5E293H |
| 133 | amazon.com/sp?seller=A2VRSH1D4H7EPC | 134 | amazon.com/sp?seller=A2WC96HXX0RII5 |
| 135 | amazon.com/sp?seller=A2XIDAKO7X3AGI | 136 | amazon.com/sp?seller=A2YFKWTH37SWBY |
| 137 | amazon.com/sp?seller=A2ZD7XSVK3QKH5 | 138 | amazon.com/sp?seller=A30MERR4NOLX3P |
| 139 | amazon.com/sp?seller=A32QUJR7ZI3IOG | 140 | amazon.com/sp?seller=A34EV93IUTNN45 |
| 141 | amazon.com/sp?seller=A34XZZODQGKEKT | 142 | amazon.com/sp?seller=A3591D1Q1W7K79 |
| 143 | amazon.com/sp?seller=A38O94EL0Y87RC | 144 | amazon.com/sp?seller=A39D2YAOXESVWA |
| 145 | amazon.com/sp?seller=A39TQLZCKQK3HV | 146 | amazon.com/sp?seller=A3A5BTNXBARHO |
| 147 | amazon.com/sp?seller=A3AZXRR49IQAW4 | 148 | amazon.com/sp?seller=A3B537G4D41CH3 |
| 149 | amazon.com/sp?seller=A3BSWDZJGD6FB4 | 150 | amazon.com/sp?seller=A3CPJ61PYNQ3C3 |
| 151 | amazon.com/sp?seller=A3CVNTI7LZ4PZB | 152 | amazon.com/sp?seller=A3CX4W5X08IN8V |
| 153 | amazon.com/sp?seller=A3F2ZB64RXV1DJ | 154 | amazon.com/sp?seller=A3FJBVNL5RTLNJ |
| 155 | amazon.com/sp?seller=A3FS9GTOGDQQML | 156 | amazon.com/sp?seller=A3G9Z40EWAW0SW |
| 157 | amazon.com/sp?seller=A3HDU6WKSZ6752 | 158 | amazon.com/sp?seller=A3HW14CS0VLVPF |
| 159 | amazon.com/sp?seller=A3HXH2FWO4HT39 | 160 | amazon.com/sp?seller=A3IGQWUA6OOE7H |
| 161 | amazon.com/sp?seller=A3IQJNXQOAAFHU | 162 | amazon.com/sp?seller=A3J7J7D3NSC13L |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 163 | amazon.com/sp?seller=A3KUQ5LGQFLKN | 164 | amazon.com/sp?seller=A3L6330FRD42Z2 |
| 165 | amazon.com/sp?seller=A3N13TCNYWTZ87 | 166 | amazon.com/sp?seller=A3NG6HA6GCXOAD |
| 167 | amazon.com/sp?seller=A3NL78Y5D8HR47 | 168 | amazon.com/sp?seller=A3Q6B8NWCDYMKH |
| 169 | amazon.com/sp?seller=A3QGSQEOW4IXNC | 170 | amazon.com/sp?seller=A3SSO9RWO9AKJG |
| 171 | amazon.com/sp?seller=A3TVCXYKD9JWN0 | 172 | amazon.com/sp?seller=A3VPYIZI8UYIO0 |
| 173 | amazon.com/sp?seller=A4BD5ATN2IQV2 | 174 | amazon.com/sp?seller=A4U8I8D2SACLH |
| 175 | amazon.com/sp?seller=A65SBBGNWGZAQ | 176 | amazon.com/sp?seller=A6TJ10HVR9ZIQ |
| 177 | amazon.com/sp?seller=A91MCIP9E1QXX | 178 | amazon.com/sp?seller=ABKNBUG43LDTU |
| 179 | amazon.com/sp?seller=ADWNQVKABKAWS | 180 | amazon.com/sp?seller=AEDR0YBG4TAFG |
| 181 | amazon.com/sp?seller=AF8HQIH5V9D0W | 182 | amazon.com/sp?seller=AFVDEGLVNON1I |
| 183 | amazon.com/sp?seller=AIW1KUS7OJ49E | 184 | amazon.com/sp?seller=ALSFLSNLF7JNS |
| 185 | amazon.com/sp?seller=ANM4CTR4AJFFG | 186 | amazon.com/sp?seller=AO8BUP1I4YPC7 |
| 187 | amazon.com/sp?seller=APHPUXI5VW0P8 | 188 | amazon.com/sp?seller=ASEA8XLWHU9M4 |
| 189 | amazon.com/sp?seller=ASHS6ZG4KRQD | 190 | amazon.com/sp?seller=ASWK2IL3ZS5JG |
| 191 | amazon.com/sp?seller=AUMCBN92TVUO6 | 192 | amazon.com/sp?seller=AUVBB0TCN9MWD |
| 193 | amazon.com/sp?seller=AV7PRU34LO3IX | 194 | ebay.com/usr/jeweltwists |
| 195 | ebay.com/usr/mar597109 | 196 | ebay.com/usr/speedingmotorparts |
| 197 | ebay.com/usr/suspensionmasters | | |