FILED
8/3/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
MO

## DECLARATION OF ZHANG HEHE

I, ZHANG HEHE, hereby declare under penalty of perjury under the laws of the United States that the following Is true and correct to the best of my knowledge, information and belief.

1. I am a sole proprietor doing business as Come browie on Amazon.com, identified on Schedule "A" to the Complaint, and a Real Party in Interest in this action.

2. I am a citizen and resident of China and I am over the age of 18. I have never been to Illinois or the United States. I do not directly conduct any regular business with any person or any company located in Illinois, except to the extent that products ordered and shipped to Amazon for fulfillment by Amazon are ultimately shipped by Amazon to Illinois. I have no offices or employees anywhere in the United States. I only have an online store on Amazon, and the store sells a variety of products.

3. I have an account on Amazon, and as of about June 2021, that account contained approximately US$ 9336.65 (the "Operating Capital"). The Operating Capital includes revenue from *sales of all products.* The Operating Capital is used to pay operating expenses such as storage costs for products shipped to Amazon's warehouse.

4. On July 1, 2021, in China, I was notified by Amazon that some product listing had been removed. The notice received from Amazon is attached to this declaration as Exhibit A (the "Amazon Notice"), and it was sent to the email address that I used to register the online store. English is not my first language, but from what I could tell from the Amazon Notice, it appeared that someone somewhere in the United States was raising some intellectual property infringement claim against Come brownie. Beyond that, I did not understand from the Amazon Notice that I was required to do anything in a U.S. court. I have no experience with the American legal system, so I was not aware that someone suing Come brownie in the United States meant that I would have to do something to appear in that case.

5. With the little information from the Amazon Notice I moved quickly to try to address the problem. The first priority was trying to guess what the intellectual property issue could be. After trying as best I could to fix the problem on my own, it seemed from the small amount of information I had in the Amazon Notice that I would need to consult a lawyer. I have never been involved in litigation before, and trying to find U.S. counsel from China was difficult and time-consuming.

6. I was able to find satisfactory U.S. counsel later in July. The first time I received a copy of the Complaint was on July 30, 2021 when I understand that U.S. counsel obtained a copy from the PACER website. It was also on July 30, 2021 that I first learned that a Preliminary Injunction had been entered against Come brownie. Until July 30, 2021, Come brownie did not know where in the United States it was being sued, was unsure of exactly what claims were being made against it and was unsure of who was suing it. When I learned on July 30 what Plaintiffs were claiming, I was stunned that Come brownie was accused of being part of a counterfeiting operation, working with other counterfeiters. Come brownie is not part of a counterfeiting operation. Come brownie is not working with the other defendants to counterfeit. Come brownie is an honest, small business in China, and it is not in the business of counterfeiting.

7. I understand that Plaintiff has submitted a summons stating that Come brownie and other defendants were served with the complaint by email. I can confirm that I did not receive the Complaint, the TRO, the Motion for Preliminary Injunction by email at any time. I can also confirm that in July, I did try to get additional information from Amazon, but I was unable to obtain the Complaint.

8. Because of Plaintiff's lawsuit, I am still unable to access the Operating Capital, which is a significant asset.

9.     I have run an estimate of fees invested in this matter and as of August 3, 2021, the total fees spent on consultations, legal advice and assistance to prepare the Combined Motion are approximately $8,440. Since Amazon removed Come brownie's listing in July 2021, I have not sold any products, even though I do not believe that those products are infringing. I estimate we have incurred at least $7080.21 in losses as a direct result of the improperly sought TRO and Preliminary Injunction. I have attached <u>Exhibit B</u> to show Come brownie's sales revenue for the months of May and June before Come brownie was wrongfully enjoined from selling on Amazon—in order to permit the Court to assess damages to Come brownie.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief and was signed by me on the date below.

Respectfully submitted this 3rd day of July 2021.

/s/<i>Zhanghehe</i><br>
<i>Defendant Come brownie</i>