[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# U.S. District Court for the Northern District Of Illinois
## Appearance Form for Pro Se Litigants

FILED MO
8/3/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney). **Please PRINT legibly.**

**H-D U.S.A., LLC, (Plaintiff) v. The Partnerships and Unincorporated Associations Identified on Schedule "A" (Defendants).**

Case Title: _____

Case Number: 21-cv-03294

An appearance is hereby filed by the undersigned as a pro se litigant:

Name: Zhang Hehe

Street Address: Xiangchengshi

City/State/Zip: Zhoukoushi, Henansheng, China, 466200

Phone Number: _____

Signature: */s/ Zhanghehe*

Executed(date)on: August 3, 2021

## REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

[√] I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

legal.barnes@gmail.com

**E-Mail Address (Please PRINT legibly .)**

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]