IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| H-D U.S.A., LLC,<br><br>      Plaintiff,<br><br>v.<br><br>AUTOPARTSFACTORY STORE, et al.,<br><br>      Defendants. | Case No. 21-cv-03294<br><br>**Judge Thomas M. Durkin**<br><br>**Magistrate Judge Beth W. Jantz** |

### Declaration of Martin F. Trainor

I, Martin F. Trainor, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff H-D U.S.A., LLC ("Harley-Davidson" or "Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. Defendant set up and operated a fully-interactive e-commerce store on the e-commerce platform hosted by Amazon.com, Inc. ("Amazon") under at least the seller alias Come Brownie, which e-commerce store offered shipping to the United States, including Illinois, accepted payment in U.S. dollars, and shipped products to residents of Illinois

3. Defendant advertised, offered for sale, and sold at least the product shown in Figure 1 bearing infringing and counterfeit versions of the HARLEY-DAVIDSON Trademarks (the "Counterfeit Come Brownie Product"). Screenshots regarding the advertising, offer for sale and sale of Counterfeit Come Brownie Product were previously submitted as Exhibit 3, Part 1, pp 317-321 to the Declaration of Adraea Brown [12]. A true and correct copy of

screenshots of Come Brownie selling the Counterfeit Come Brownie Product and the received Counterfeit Come Brownie Product are shown in Figure 1 below and attached hereto as **Exhibit 1**.



Figure 1 – Counterfeit Come Brownie Product

4. Plaintiff served limited jurisdictional discovery requests on Defendant on August 6, 2021, to test the veracity of and learn the factual basis for statements made in Defendant's Combined Motion to Dissolve-In-Part The Preliminary Injunction and Unfreeze Assets, To Dismiss Under Fed. R. Civ. P. 12(b)(2), 12(b)(4), 12(b)(5), 12(b)(6) 20(a)(2) and 21, and For Release of TRO Bond to Compensate for Improvidently-Sought Injunction [38] and the Declaration of Zhang Hehe [43].

5. When Plaintiff served discovery on August 6, 2021, it requested that Defendant serve its responses within thirty (30) days of receipt. Because Labor Day is observed on Monday, September 6, 2021, Defendant's responses to the limited discovery requests are due on September 7, 2021.

6. Attached hereto as **Exhibit 2** are the unpublished decisions cited in Plaintiff's Motion to Extend the Briefing Schedule for Defendant Zhang Hehe's Motion [38].

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the 11th day of August 2021 at Chicago, Illinois.

/s/ Martin F. Trainor
Martin F. Trainor
Counsel for Plaintiff H-D U.S.A., LLC