IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| H-D U.S.A., LLC, <br><br> Plaintiff, <br><br> v. <br><br> AUTOPARTSFACTORY STORE, et al., <br><br> Defendants. | Case No. 21-cv-03294 <br><br> **Judge Thomas M. Durkin** <br><br> **Magistrate Judge Beth W. Jantz** |

### PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND THE BRIEFING SCHEDULE FOR DEFENDANT ZHANG HEHE'S MOTION [38] [45]

Defendant Zhang Hehe's (d/b/a Come brownie, collectively "Defendant")[1] Response in Opposition to Plaintiff's Motion for Extension of Time (Dkt. No. 45) (the "Response")[2] asserts that Plaintiff failed to properly serve Defendant. *See* [48] at p. 2. However, Defendant was provided notice of the preliminary injunction via email on July 15, 2021 and properly served via email on July 15, 2021 [29] pursuant to this Court's Order [21]. *See* [36]. Specifically, Plaintiff served Defendant at the email address zhanghehe7002@163.com, which Amazon provided as the email address connected to Defendant's Amazon store. *See* Declaration of Martin Trainor (the "Trainor Declaration") at ¶¶ 2-4. Accordingly, Defendant was properly served. *See* H*angzhou Chic Intelligent Tech. Co. v. P'ships & Unincorporated Ass'n Identified on Schedule A*, 2021 U.S. Dist. LEXIS 64064, at *5 (N.D. Ill. Apr. 1, 2021); *Volkswagen Group of America, Inc. v. Brandcar Store, et al.*, No. 20-cv-03131 (N.D. Ill. Sept. 14, 2020) (Dkt. No. 67); *Strabala v. Zhang*, 318 F.R.D. 81, 114 (N.D. Ill. 2016).

---

[1] The Response is notably silent regarding the use of the email address legal.barnes@gmail.com in multiple cases for different "pro se" defendants. *See* [48]; [45] at fn. 1.

[2] Plaintiff will fully address the merits of those arguments in its response to the Motion [38].

1

Dated this 13th day of August 2021.　　　Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Martin F. Trainor
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law
mtrainor@gbc.law

*Counsel for Plaintiff H-D U.S.A., LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of August 2021, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website and send an e-mail to the e-mail addresses identified in Exhibit 3 to the Declaration of Adraea M. Brown and any e-mail addresses provided for Defendants by third parties that includes a link to said website.

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Martin F. Trainor
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law
mtrainor@gbc.law

*Counsel for Plaintiff H-D U.S.A., LLC*