# Exhibit 1



GBC Attorney <attorney@gbcinternetenforcement.net>

# H-D U.S.A., LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A"; Case No. 21-cv-3294

1 message

**GBC Attorney** <attorney@gbcinternetenforcement.net>　　　　　　　　　　　　　　Thu, Jul 15, 2021 at 1:31 PM
Bcc: y2es91@163.com, wsj062011@163.com, haohanbangyun001@163.com, qinzhaoheng1994@sina.com, zixuan112345@163.com, 404657650@qq.com, 366625076@qq.com, yixuanstore@outlook.com, 379408996@qq.com, autopartsfactorys@hotmail.com, 3564636799@qq.com, bcsw7003@163.com, 2330335089@qq.com, yellowpods20@163.com, 3557202547@qq.com, yt82021@163.com, bcsw7042@163.com, cy935389633@163.com, yy888882021yy@163.com, 1721629155@qq.com, hyz001369@163.com, bccyk05@163.com, 548790554@qq.com, 340863102@qq.com, fancitale@126.com, hyzgyh001369@163.com, bcsw7032@163.com, 582708227@qq.com, gelebo02a@163.com, 820054318@qq.com, bcsw7029@163.com, bcsw7035@163.com, xxy18470352695@163.com, lp18967903017@163.com, 3406519263@qq.com, sshhhhh04@163.com, 2590617955@qq.com, 1615419364@qq.com, 2248696687@qq.com, bcsw7031@163.com, 2296786960@qq.com, linshean1991@163.com, 850101938@qq.com, haohanbangyun005@163.com, sweetheart716222@hotmail.com, 2721861659@qq.com, pls15867978911@163.com, gy13721813801@126.com, hydzfg5288@163.com, zororong@163.com, haoyoumb006@163.com, bcsw7036@163.com, a1551468546@163.com, mbksby006@163.com, su09250010@163.com, xlp520wm@163.com, 469535872@qq.com, 1220129332@qq.com, qq18150137989@126.com, 3416701798@qq.com, wwtt20210507@163.com, tt888882021@163.com, 654197498@qq.com, tangchaokj2@163.com, flshipin2021@163.com, wguicai@163.com, bcsw7038@163.com, ovr2vkvk@163.com, f6p1yz@163.com, gz18577356555@163.com, 1258431612@qq.com, liguanyue19972@outlook.com, wwww1125415@163.com, koiejed14ndjhurhg@163.com, ubyq21@163.com, hhfygtp6@163.com, xianzi5365shun@163.com, l18037527521@163.com, lihenghui3366@163.com, upy9xpir@163.com, 3455968627@qq.com, zpcmguzuzh1k@opayq.com, h17750344069@163.com, zdh18150063126@163.com, huanghuayong155@outlook.com, zhouminhui169@sina.com, tangshan269929@163.com, liuxia20200929@163.com, usa_chenyan@163.com, igrghryuwgwrgt@hotmail.com, beijingqingshewenlvfazhanyou@hotmail.com, us14vu81@163.com, welljiuniu@hotmail.com, yxzhangbofa@outlook.com, fengfeng05505@126.com, 1651901523@qq.com, shaoxinyue2211@126.com, ja20210521@163.com, ja20200119@163.com, chenwangyu2021@outlook.com, cchong88565@163.com, pycsok9vud@163.com, gxl0429@outlook.com, zhanghehe7002@163.com, guodegxm@sina.com, scyx68@163.com, chendong654231@163.com, zhangdeqiu1@163.com, donghongjian2021@163.com, dwlbrothers@163.com, 2850386851@qq.com, enzhuo369@163.com, weika2020@tom.com, onduiasy@163.com, a2a7tqgb@163.com, zhangxiuping321123@163.com, aqrvc880972605238@163.com, hejianjun188@outlook.com, huangkuangmaoyi@outlook.com, mpi4olxo@163.com, xdgom954@163.com, pa155606614@126.com, guosonghang01@sina.com, gzsshuyezhubaoshipin@outlook.com, zd14367900shazhi@163.com, uqviwe975uf945@163.com, xican055150408@163.com, b2053236630@163.com, qimeng3020@163.com, proai2914@163.com, hebeihongkong@outlook.com, liuning20_05@yeah.net, ibytib72@163.com, miaojianfengus@hotmail.com, qofolm@163.com, 2749336991@qq.com, goldensailbrand@163.com, tongpintm3662@126.com, wangyanxia456789@163.com, gaofenteng123145@163.com, liuxuan369147@163.com, 137840395@qq.com, vl74284ecwc2946@163.com, 809591945@qq.com, kqv13405871qun@163.com, zhuoyue8248@163.com, 8741708@qq.com, tangsh373044@163.com, zhyltd4v@163.com, dsdmbpe@163.com, wboiwy@163.com, usqp1fg7@163.com, lidongmei20201130@163.com, lixin789456@outlook.com, sameknioib@hotmail.com, kongdewuuk@hotmail.com, luoxiawangluo@163.com, souhua341if@163.com, tonghuajianye888@outlook.com, yitian66688@outlook.com, haoyi_painting@163.com, xiaoxuan1278637419@163.com, ttvd92495821mixi@163.com, beijingmibaishengwu@outlook.com, da48846@126.com, niuniuwa1994@163.com, zhaolikasudihnbv@hotmail.com, n573346941 <n573346941@163.com>, 18839365528@163.com, zhiou202001@163.com, maqiumei123456@outlook.com, lidong009@outlook.com, asdfwergsfg@outlook.com, lanzhimen33@163.com, qiangnaowo98@126.com, bmsxzxgcyyxgs@163.com, xiankun2635shao@163.com, yuhgjgygf8584@163.com, bossdreamer@hotmail.com, bobw17@163.com, liexini811590@163.com, yuezhudiaotan1bo@163.com, ibap85878703@126.com, victoriaofstyle@163.com, shuozi67371@sina.com, yueqing60538@sina.com, zhangzhuanuk@outlook.com, wishteta@outlook.com, wislotife2016@yeah.net, wolletusa@163.com, haozhangtrading@hotmail.com, as18450164496@163.com, emwq86@163.com, liukun11a@163.com, liuzhan1993@outlook.com, ystickers@163.com, han123yueqin@163.com, 110772031@qq.com, yangjian0089@126.com, zhw6548@163.com, fxgp12480@sina.com, crystalpointhk@gmail.com, bapesta799@gmail.com, jeweltwists@gmail.com, sales@in-nn.com, siukakwan@yahoo.com, motofairings@yahoo.com, y997597@hotmail.com, bakuis1@hotmail.com, maxracing666@outlook.com, suspensionsmasters@hotmail.com, jramos@gbc.law, Justin Gaudio <jgaudio@gbc.law>, Amy Ziegler <aziegler@gbc.law>, RiKaleigh Johnson <rjohnson@gbc.law>, Martin Trainor <mtrainor@gbc.law>

The defendants operating the Seller Aliases listed in Schedule A to Complaint are hereby advised:

7/15/2021 Greer, Burns & Crain Ltd. v. The Partnerships and Unincorporated Associations Identified on Schedule "A"; Case No. …

Case: 1:21-cv-03294 Document #: 50-2 Filed: 08/13/21 Page 3 of 5 PageID #:2121

Plaintiff has charged Defendants with violations of United States federal and state laws prohibiting trademark infringement and counterfeiting. A copy of the Complaint, Summons and other legal documents may be obtained from Plaintiff's attorney, Greer, Burns & Crain, Ltd., attorney@gbcinternetenforcement.net, 312.987.2928, and on this website. http://gbcinternetenforcement.net/21-3294/

Any answer or other response to the Complaint should be filed with the Clerk of the Court, United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois within twenty-one (21) days from July 15, 2021. If no appearance or pleading is filed, the Court may render a judgment against the defendants.

Defendants are advised to seek U.S. legal counsel.

If you believe that you have been improperly linked to this case or received this email in error, promptly contact us at attorney@gbcinternetenforcement.net so that we can further investigate your claim. In order to investigate your claim, you must provide us with the e-mail address associated with the PayPal, Wish.com and/or Alipay account and/or domain name that was suspended, and a list of all email addresses associated with that account. In addition, please provide us with your store name and the URL.

--

attorney@gbcinternetenforcement.net

Greer, Burns and Crain
Chicago, Illinois 60606



**GBC Attorney <attorney@gbcinternetenforcement.net>**

## 21-cv-3294 H-D U.S.A., LLC v. The Partnerships, et al.; Preliminary Injunction
1 message

**GBC Attorney** <attorney@gbcinternetenforcement.net>  Thu, Jul 15, 2021 at 4:58 PM
Bcc: y2es91@163.com, wsj062011@163.com, haohanbangyun001@163.com, qinzhaoheng1994@sina.com, zixuan112345@163.com, 404657650@qq.com, 366625076@qq.com, yixuanstore@outlook.com, 379408996@qq.com, autopartsfactorys@hotmail.com, 3564636799@qq.com, bcsw7003@163.com, 2330335089@qq.com, yellowpods20@163.com, 3557202547@qq.com, yt82021@163.com, bcsw7042@163.com, cy935389633@163.com, yy888882021yy@163.com, 1721629155@qq.com, hyz001369@163.com, bccyk05@163.com, 548790554@qq.com, 340863102@qq.com, fancitale@126.com, hyzgyh001369@163.com, bcsw7032@163.com, 582708227@qq.com, gelebo02a@163.com, 820054318@qq.com, bcsw7029@163.com, bcsw7035@163.com, xxy18470352695@163.com, lp18967903017@163.com, 3406519263@qq.com, sshhhhh04@163.com, 2590617955@qq.com, 1615419364@qq.com, 2248696687@qq.com, bcsw7031@163.com, 2296786960@qq.com, linshean1991@163.com, 850101938@qq.com, haohanbangyun005@163.com, sweetheart716222@hotmail.com, 2721861659@qq.com, pls15867978911@163.com, gy13721813801@126.com, hydzfg5288@163.com, zororong@163.com, haoyoumb006@163.com, bcsw7036@163.com, a1551468546@163.com, mbksby006@163.com, su09250010@163.com, xlp520wm@163.com, 469535872@qq.com, 1220129332@qq.com, qq18150137989@126.com, 3416701798@qq.com, wwtt20210507@163.com, tt888882021@163.com, 654197498@qq.com, tangchaokj2@163.com, flshipin2021@163.com, wguicai@163.com, bcsw7038@163.com, ovr2vkvk@163.com, f6p1yz@163.com, gz18577356555@163.com, 1258431612@qq.com, liguanyue19972@outlook.com, wwww1125415@163.com, koiejed14ndjhurhg@163.com, ubyq21@163.com, hhfygtp6@163.com, xianzi5365shun@163.com, l18037527521@163.com, lihenghui3366@163.com, upy9xpir@163.com, 3455968627@qq.com, zpcmguzuzh1k@opayq.com, h17750344069@163.com, zdh18150063126@163.com, huanghuayong155@outlook.com, zhouminhui169@sina.com, tangshan269929@163.com, liuxia20200929@163.com, usa_chenyan@163.com, igrghryuwgwrgt@hotmail.com, beijingqingshewenlvfazhanyou@hotmail.com, us14vu81@163.com, welljiuniu@hotmail.com, yxzhangbofa@outlook.com, fengfeng05505@126.com, 1651901523@qq.com, shaoxinyue2211@126.com, ja20210521@163.com, ja20200119@163.com, chenwangyu2021@outlook.com, cchong88565@163.com, pycsok9vud@163.com, gxl0429@outlook.com, ==zhanghehe7002@163.com==, guodegxm@sina.com, scyx68@163.com, chendong654231@163.com, zhangdeqiu1@163.com, donghongjian2021@163.com, dwlbrothers@163.com, 2850386851@qq.com, enzhuo369@163.com, weika2020@tom.com, onduiasy@163.com, a2a7tqgb@163.com, zhangxiuping321123@163.com, aqrvc880972605238@163.com, hejianjun188@outlook.com, huangkuangmaoyi@outlook.com, mpi4olxo@163.com, xdgom954@163.com, pa155606614@126.com, guosonghang01@sina.com, gzsshuyezhubaoshipin@outlook.com, zd14367900shazhi@163.com, uqviwe975uf945@163.com, xican055150408@163.com, b2053236630@163.com, qimeng3020@163.com, proai2914@163.com, hebeihongkong@outlook.com, liuning20_05@yeah.net, ibytib72@163.com, miaojianfengus@hotmail.com, qofolm@163.com, 2749336991@qq.com, goldensailbrand@163.com, tongpintm3662@126.com, wangyanxia456789@163.com, gaofenteng123145@163.com, liuxuan369147@163.com, 137840395@qq.com, vl74284ecwc2946@163.com, 809591945@qq.com, kqv13405871qun@163.com, zhuoyue8248@163.com, 8741708@qq.com, tangsh373044@163.com, zhyltd4v@163.com, dsdmbpe@163.com, wboiwy@163.com, usqp1fg7@163.com, lidongmei20201130@163.com, lixin789456@outlook.com, sameknioib@hotmail.com, kongdewuuk@hotmail.com, luoxiawangluo@163.com, souhua341if@163.com, tonghuajianye888@outlook.com, yitian66688@outlook.com, haoyi_painting@163.com, xiaoxuan1278637419@163.com, ttvd92495821mixi@163.com, beijingmibaishengwu@outlook.com, da48846@126.com, niuniuwa1994@163.com, zhaolikasudihnbv@hotmail.com, n573346941@163.com, 18839365528@163.com, zhiou202001@163.com, maqiumei123456@outlook.com, lidong009@outlook.com, asdfwergsfg@outlook.com, lanzhimen33@163.com, qiangnaowo98@126.com, bmsxzxgcyyxgs@163.com, xiankun2635shao@163.com, yuhgjgygf8584@163.com, bossdreamer@hotmail.com, bobw17@163.com, liexini811590@163.com, yuezhudiaotan1bo@163.com, ibap85878703@126.com, victoriaofstyle@163.com, shuozi67371@sina.com, yueqing60538@sina.com, zhangzhuanuk@outlook.com, wishteta@outlook.com, wislotife2016@yeah.net, wolletusa@163.com, haozhangtrading@hotmail.com, as18450164496@163.com, emwq16@163.com, liukun11a@163.com, liuzhan1993@outlook.com, ystickers@163.com, han123yueqin@163.com, 110772031@qq.com, yangjian0089@126.com, zhw6548@163.com, fxgp12480@sina.com, crystalpointhk@gmail.com, bapesta799@gmail.com, jeweltwists@gmail.com, sales@in-nn.com, siukakwan@yahoo.com, motofairings@yahoo.com, y997597@hotmail.com, bakuis1@hotmail.com, maxracing666@outlook.com, suspensionsmasters@hotmail.com, jramos@gbc.law, Justin Gaudio <jgaudio@gbc.law>, Amy Ziegler <aziegler@gbc.law>, RiKaleigh Johnson <rjohnson@gbc.law>, Martin Trainor <mtrainor@gbc.law>

**PLEASE TAKE NOTICE** that Plaintiff, by its counsel, has filed Plaintiff's Motion for Preliminary Injunction.

Pursuant to the Tenth Amended General Order 20-0012, Plaintiff has not noticed the Motions for a hearing, but

Plaintiff is available for a telephonic hearing if requested by the Court. A copy of the relevant documents is available at the following website: http://gbcinternetenforcement.net/21-3294.

If you believe that you have been improperly linked to this case or received this email in error, promptly contact us at attorney@gbcinternetenforcement.net so that we can further investigate your claim. In order to investigate your claim, you must provide us with the e-mail address associated with the PayPal, Wish.com and/or Alipay account and/or domain name that was suspended, and a list of all email addresses associated with that account. In addition, please provide us with your store name and the URL.

Dated this 15th day of July 2021.

--

attorney@gbcinternetenforcement.net

Greer, Burns and Crain
Chicago, Illinois 60606