UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



| | |
|---|---|
| H-D U.S.A., LLC, <br><br> Plaintiffs, <br><br> v. <br><br> THE PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No.: 21-cv-03294 <br><br> Judge: Thomas M. Durkin <br><br> Magistrate Judge: Beth W. Jantz |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Defendant Zhang Hehe (d/b/a Come brownie on Amazon.com) files this notice of change of address with the clerk of the court and requests that you change your records accordingly. The new address, effective immediately is:

No.2 Courtyard of Zhangzhuang
Guanzhuang Village, Dingji Town
Zhoukou City, Xiangcheng
Henan Province, 466200 China

The email address is the only change. This Court and all parties are hereby instructed to make notice of this address change and send all orders, notices, pleadings, and other correspondence regarding the captioned matter to the physical address above.

Dated this 7th day of September 2021.

                                                      /s/*Zhanghehe*
                                                Defendant Zhang Hehe

## **CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on the 7th day of September 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the parties.

/s/*Zhanghehe*
Defendant Zhang Hehe
