# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| H-D U.S.A., LLC,<br><br>       Plaintiff,<br>v.<br><br>AUTOPARTSFACTORY STORE, et al.,<br><br>       Defendants. | Case No. 21-cv-03294<br><br>**Judge Thomas M. Durkin**<br><br>**Magistrate Judge Beth W. Jantz** |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DEFENDANTS IDENTIFIED ON SCHEDULE A, WITH THE EXCEPTION OF DEFENDANT COME BROWNIE**

Plaintiff H-D U.S.A., LLC ("Harley-Davidson"), by its counsel, moves this Honorable Court to enter Default and Default Judgment against all Defendants remaining in this case,[1] with the exception of Defendant Come Brownie. In support of this Motion, Harley-Davidson submits the accompanying Memorandum and a further declaration of Justin R. Gaudio. Attached hereto as **Exhibit 1** is Plaintiff's redline comparison showing changes from the Court's proposed order Form of Default Judgment.

---

[1] A current version of Schedule A is attached to Plaintiff's Memorandum as Exhibit 1.

Dated this 9th day of September 2021.  Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Martin F. Trainor
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law
mtrainor@gbc.law

*Counsel for Plaintiff H-D U.S.A., LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September 2021, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website and I will send an e-mail to the e-mail addresses identified in Exhibit 3 to the Declaration of Adraea M. Brown and any e-mail addresses provided for Defendants by third parties that includes a link to said website.

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Martin F. Trainor
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law
mtrainor@gbc.law

*Counsel for Plaintiff H-D U.S.A., LLC*