Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| H-D U.S.A., LLC, [PLAINTIFF'S NAME], <br><br> Plaintiff, <br><br> v. <br><br> AUTOPARTSFACTORY STORE, et al., [DEFENDANT], et al., <br><br> Defendants. | Case No. 21-cv-03294[XXXXX] <br><br> **Judge Thomas M. Durkin[NAME]** <br><br> **Magistrate Judge Beth W. Jantz[NAME]** |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff H-D U.S.A., LLC's ("Plaintiff" or "Harley-Davidson") {FULL NAME} ("[PLAINTIFF]") against the defendants identified on Schedule A, and using the Defendant Domain Names and seller aliasesOnline Marketplace Accounts identified on Schedule A (collectively, the "Seller AliasesDefendant Internet Stores"), and Harley-Davidson[PLAINTIFF] having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case, with the exception of Defendant Come Brownie (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Harley-Davidson {PLAINTIFF} having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice

reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Harley-Davidson [PLAINTIFF] has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Harley-Davidson[PLAINTIFF]'s federally registered trademarks (the "[PLAINTIFF]Harley-Davidson Trademarks") to residents of Illinois. [In this case, Harley-Davidson [PLAINTIFF] has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Harley-Davidson [PLAINTIFF] Trademarks. *See* Docket No. [X13], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Harley-Davidson [PLAINTIFF]Trademarks.]

A list of the Harley-Davidson [PLAINTIFF] Trademarks is included in the below chart.

| REGISTRATION | REGISTERED | REGISTRATION | INTERNATIONAL |
|---|---|---|---|

| NUMBER | TRADEMARK | DATE | CLASSES | |
|--------|-----------|------|---------|---|
| 4,771,447 | HARLEY-DAVIDSON | July 14, 2015 | For: House mark for a full line of jewelry in class 014 | |
| 3,690,031 | HARLEY-DAVIDSON | Sep. 29, 2009 | For: Non-luminous, non-mechanical tin signs, non-luminous, non-mechanical metal signs, tool boxes of metal, tool chests of metal, key rings of metal, and metal personal identification tags in class 006 | Formatted: Font: 12 pt |
| 3,490,890 | HARLEY-DAVIDSON | Aug. 26, 2008 | For: House mark for a line of motorcycles, structural parts for motorcycles and related motorcycle accessories, namely, seats, backrests, decorative fuel tank panels, transmission gears, fuel tanks, wheel sprockets, gear shifts, clutches, battery covers and straps, front rear, and intermediate kickstands, hub caps, shift knobs, foot rests and extensions, windshields, leg shields, fender tips, brake pedals, handlebar grips, safety guards, namely, bars for attachment to motorcycles, steering dampers, shock absorbers, spare wheels, spare wheel carriers, boot guards, namely, mud flaps and fenders, saddle covers, luggage carriers, license plate frames, handlebar cross bars, foot pedal pads, tank and fender pads, rearview, fenders and skirts, and wheel balance weights in class 012 | Formatted: Font: 12 pt |

3

| 3,393,840 | HARLEY-DAVIDSON | Mar. 11, 2008 | For: House mark for a full line of clothing, footwear and headwear in class 025 | Formatted: Font: 12 pt |
| 2,281,489 | HARLEY-DAVIDSON | Sep. 28, 1999 | For: Necklaces, bracelets, and watch bands in class 014 | Formatted: Font: 12 pt |
| 1,621,383 | HARLEY-DAVIDSON | Nov. 06, 1990 | For: Model toy motorcycles, miniature motorcycle replicas, model toy trucks, electronically operated toy motorcycles in class 028 | Formatted: Font: 12 pt |
| 1,606,282 | HARLEY-DAVIDSON | Jul. 17, 1990 | For: Safety goggles, protective helmets and sunglasses in class 009 | Formatted: Font: 12 pt |
| 1,602,474 | HARLEY-DAVIDSON | Jun. 19, 1990 | For: Belt buckles in class 026 | Formatted: Font: 12 pt |
| 1,450,348 | HARLEY-DAVIDSON | Aug. 04, 1987 | For: metal articles, namely, key fobs, key chains and license plate holders in class 006<br><br>For: Knife sheaths in class 008<br><br>For: Necklaces, earrings, pins of non-precious metals, clocks and watches in class 014<br><br>For: Children's books, bumper stickers, removable tattoos, pressure sensitive decals, checkbook covers, and playing cards in class 016<br><br>For: Leather goods, namely, purses, wallets, duffle bags, motorcycle saddle bags, and key fobs in class 018 | Formatted: Font: 12 pt |

4

| | | | |
|---|---|---|---|
| | | | For: Mirrors in class 020 |
| | | | For: Mugs, drinking glasses, coasters, decanters, cups, and plastic mugs in class 021 |
| | | | For: Towels, and bed spreads in class 024 |
| | | | For: Sweat pants, sweaters, suspenders, scarves, bandanas, leather clothing, namely, jackets, vests, gloves, jeans, chaps, tops, boots, shorts, caps, belts, and parts of footwear, namely boot tips, in class 025 |
| | | | For: Stuffed toy animals, toy banks, and model kits in class 028 |
| | | | For: Cigarette cases, lighter cases, and cigarette lighters in class 034 |
| 1,311,457 | HARLEY-DAVIDSON | Dec. 25, 1984 | For: Repair and Servicing of Motorcycles in class 037 |
| | | | For: Retail store services in the field of motorcycles in class 042 |
| 1,234,404 | HARLEY-DAVIDSON | Apr. 12, 1983 | For: Sunglasses and Protective Helmets for Motorcyclists in class 009 |
| | | | For: Clothing-Namely, Jackets, Pants, Shirts, T-Shirts, Vests, Jeans, Riding Suits, Bandannas, Rain Suits, Shorts, Nightgowns, Halters, Underwear, Tank Tops, Sweatshirts, Night |

Formatted: Font: 12 pt

Formatted: Font: 12 pt

5

| | | | |
|---|---|---|---|
| | | | Shirts, Socks, Gloves, Hats, Caps and Boots in class 025 |
| 1,219,955 | HARLEY-DAVIDSON | Dec. 14, 1982 | For: Parts and service manuals for motorcycles, parts catalogs for motorcycles, newsletters and magazines dealing with motorcycles, calendars, posters, and decals in class 016 |
| 1,078,871 | HARLEY-DAVIDSON | Dec. 06, 1977 | For: Vehicles-namely, motorcycles in class 012 |
| 526,750 | HARLEY ~ DAVIDSON | Jun. 27, 1950 | For: Motorcycles and structural parts thereof; accessories-namely, intermediate stands, seats, foot rests and extensions, windshields, fender tips, exhaust stacks, grips, name plates, saddle covers, luggage carriers, license frames, foot pedal pads, tandem seats, foot rests, and rear view mirrors in classes 007, 012, 022, and 027 |
| 508,160 | HARLEY-DAVIDSON | Apr. 05, 1949 | For: Electric lamps and spare parts for same; spark plugs; and electric signs in classes 007, 009, 011, 012, and 015 |
| 507,163 | HARLEY-DAVIDSON | Mar. 01, 1949 | For: Motorcycle shirts; sweaters; breeches; neckties; coveralls; rain coats and hats; jackets; helmets; caps; and boots in class 025 |
| 1,708,362 | HARLEY | Aug. 18, 1992 | For: Embroidered patches for clothing in class 026 |

6

| | | | |
|---|---|---|---|
| 1,683,455 | HARLEY | Apr. 14, 1992 | For: Shirts, tank tops, boots, and sweatshirts in class 025 |
| 1,406,876 | HARLEY | Aug. 26, 1986 | For: Clothing; namely--tee shirts for men, women and children; knit tops for women and girls; and children's shirts in class 025 |
| 1,352,679 | HARLEY | Aug. 06, 1985 | For: Motorcycles in class 012 |
| 4,955,539 | HARLEY | May 10, 2016 | For: Watches, rings, bracelets, necklaces, earrings, pins being jewelry; jewelry, namely, wrist cuffs, pendants, charms and ride beads for making jewelry in class 014 |
| 1,793,137 | HARLEY OWNERS GROUP | Sep. 14, 1993 | For: Hunting knives, pocket knives and knife cases in class 008<br><br>For: Road atlases, newsletters, magazines relating to motorcycling, playing cards, and decals in class 016<br><br>For: Key fobs, luggage, tote bags, and travel bags in class 018<br><br>For: Plastic and ornamental pins and badges in class 020<br><br>For: Glasses, mugs, cups, and insulated can holders in class 021<br><br>For: Textile flags and banners in class 024<br><br>For: Clothing, namely, shirts, sweatshirts, t-shirts, |

Formatted: Font: 12 pt

Formatted: Font: 12 pt

Formatted: Font: 12 pt

Formatted: Font: 12 pt

Formatted: Font: 12 pt

7

| | | | |
|---|---|---|---|
| | | | caps, hats, jacket, vests, and bandanas in class 025<br><br>For: Belt buckles and ornamental patches in class 026 |
| 1,654,280 | HD | Aug. 20, 1991 | For: Jewelry, namely lapel pins, earrings, necklaces and bracelets in class 014 |
| 2,315,877 | HD | Feb. 8, 2000 | For: Shirts, jackets, vests, T-shirts, nightgowns, sweatshirts, nightshirts, gloves, hats, leather gloves in class 025 |
| 1,534,449 | HD | Apr. 11, 1989 | For: Decorative cloth patches and belt buckles of non-precious metal in class 026 |
| 2,042,130 | HD | Mar. 4, 1997 | For: Cigarette lighters, cigarette cases not made of precious metals, and holders for cigarette lighters not made of precious metals in class 034 |
| 1,716,992 | HOG | Sep. 15, 1992 | For: Metal badges; figurines made of metal in class 006<br><br>For: Clocks, watches, jewelry of precious and non-precious metal, namely, pins, charms, earrings, bracelets, necklaces, and rings; ornamental lapel pins; ashtrays, cigarette cases and holders of cigarette lighters of precious metals; belt buckles of precious metal in class 014<br><br>For: Greeting cards, road atlas, posters, calendars, |

Formatted: Font: 12 pt

Formatted: Font: 12 pt

Formatted: Font: 12 pt

Formatted: Font: 12 pt

Formatted: Font: 12 pt

8

| | | | newsletters, books and magazines relating to motorcycling, paper banners relating to motorcycling, playing cards, decals, note paper, pens and pencils, checkbook clutches in class 016

For: Drinking steins; glassware, namely, plates, cup saucers, glasses and other containers for food and beverage; mugs, cups, insulated can holders, commemorative plates, toothbrushes, quencher cups and figurines made of ceramic, porcelain and glass; leather can, glass and mug holders in class 021

For: Flags and banners not of paper in class 024

For: Clothing, namely, shirts, sweatshirts, t-shirts, caps, hats, jackets, vests, socks, shoes, boots, scarves, belts, sweat pants, pants, bandanas, gloves, suspenders, chaps, rainsuits, and mittens in class 025

For: Belt buckles not of precious metals, ornamental pins and embroidered patches for clothing in class 026 |
|---|---|---|---|

9

| 1,263,936 |  | Jan. 17, 1984 | For: Medallions and non-luminous non-mechanical signs made primarily of metal and plastic in class 006 |
| | | | For: Sunglasses, battery chargers, protective motorcycle crash helmets and luminous signs in class 009 |
| | | | For: Electric lamps in class 011 |
| | | | For: Mud flaps, fuel door plates, air cleaners, radio caddies, motorcycle tank and fender sets, leather motorcycle bags and motorcycles in class 012 |
| | | | For: Jewelry - namely, necklaces, rings and key fobs in class 014 |
| | | | For: Posters, paper decals and playing cards in class 016 |
| | | | For: Wallets in class 018 |
| | | | For: Decorative wall plaques and mirrors in class 020 |
| | | | For: Mugs and insulated drinking steins in class 021 |
| | | | For: Towels in class 024 |
| | | | For: Clothing - namely, t-shirts, jackets, blue jeans, sweat shirts, underwear, bandanas, headwear, socks, boots, cycle riding suits, |

Formatted: Font: 12 pt

Formatted: Font: 12 pt

Formatted: Font: 12 pt

10

| | | | |
|---|---|---|---|
| | | | belts and suspenders in class 025<br><br>For: Embroidered patches, belt buckles and lapel, hat and stick pins all of nonprecious metals in class 026<br><br>For: Cigarette lighters in class 034 |
| 4,601,391 | | Sep. 09, 2014 | For: Cell phone covers in class 009 |
| 3,559,365 | | Jan. 13, 2009 | For: House mark for a line of motorcycles, structural parts for motorcycles, and related motorcycle accessories, namely, seats, backrests, decorative fuel tank panels, transmission gears, fuel tanks, wheel sprockets, gear shifts, clutches, battery covers and straps, front, rear, and intermediate kickstands, hub caps, shift knobs, foot rests and extensions, windshields, leg shields, fender tips, brake pedals, handlebar grips, safety guards, namely, bars for attachment to motorcycles, steering dampers, shock absorbers, spare wheels, spare wheel carriers, boot guards, namely, mud flaps and fenders, saddle covers, luggage carriers, license plate frames, handlebar |

**Formatted:** Font: 12 pt

**Formatted:** Font: 12 pt

**Formatted:** Font: 12 pt

**Formatted:** Font: 12 pt

**Formatted:** Font: 12 pt

**Formatted:** Font: 12 pt

11

| | | | |
|---|---|---|---|
| | | | cross bars, foot pedal pads, tank and fender pads, rearview mirrors, fenders and skirts, and wheel balance weights in class 012 |
| 3,393,839 | | Mar. 11, 2008 | For: House mark for a full line of clothing, footwear and headwear in class 025 |
| 3,185,946 | | Dec. 19, 2006 | For: Jackets, baseball hats, caps, shirts and T-shirts in class 025 |
| 1,711,882 | | Sep. 01, 1992 | For: Embroidered patches for clothing in class 026 |
| 1,660,539 | | Oct. 15, 1991 | For: Knives; namely, buck knives, sporting and hunting knives, folding pocket knives, knife cases therefor, and tool kits comprising wrenches and pliers in class 008<br><br>For: sunglasses, and motorcycle parts; namely, gauges, batteries, and cruise controls in class 009<br><br>For: Flashlights in class 011 |

| | | | For: motorcycles and motorcycle parts; namely, air cleaners, drive belts, belt guards, brakes, chains, clutches, crankcases, engine cylinders, fenders and fender supports, footboards, forks, fuel tanks, leg guards, handlebars, cylinder heads, mirrors, oil filters, oil pumps, seats, shock absorbers, backrests, wheels, and windshields in class 012

For: Ankle bracelets, bracelets, earrings, necklaces, rings, tie tacks, watch bands, watches, wall clocks, and ornamental lapel pins in class 014

For: Books about motorcycles, calendars, decals, pens, photo albums, posters, and removable tattoos in class 016

For: Holders for cans in the nature of a rubber cylinder, duffle bags, garment bags, key fobs, suitcases, and wallets in class 018

For: Wall mirrors and wall plaques in class 020

For: Drinking glasses, mugs, and can holders in the nature of an insulated rubber cylinder in class 021

For: Towels in class 024 |
|---|---|---|---|

13

| | | | For: Belts, chaps, denim pants, gloves, hats, caps, jackets, neckties, night shirts, pants, rain suits, shirts, socks, suspenders, sweaters, sweatshirts, tank tops, athletic shoes, shoes, boots, t-shirts, underwear, vests and wristbands in class 025 |
| | | | For: Belt buckles not made of precious metal, boot chains, and embroidered patches for clothing in class 026 |
| | | | For: Automobile floor mats in class 027 |
| | | | For: Toy trucks in class 028 |
| | | | For: Lighter holders, cigarette cases, lighter cases, and lighters, all of the foregoing not being made of precious metal in class 034 |
| 1,263,936 |  | Jan. 17, 1984 | For: Medallions and non-luminous non-mechanical signs made primarily of metal and plastic in class 006 |
| | | | For: Sunglasses, battery chargers, protective motorcycle crash helmets and luminous signs in class 009 |
| | | | For: Electric lamps in class 011 |
| | | | For: Mud flaps, fuel door |

Formatted: Font: 12 pt

Formatted: Font: 12 pt

Formatted: Font: 12 pt

14

|  |  |  | plates, air cleaners, radio caddies, motorcycle tank and fender sets, leather motorcycle bags and motorcycles in class 012 |
|  |  |  | For: Jewelry-Namely, Necklaces, Rings, and Key Fobs in class 014 |
|  |  |  | For: Posters, paper decals and playing cards in class 016 |
|  |  |  | For: Wallets in class 018 |
|  |  |  | For: Decorative Wall Plaques and Mirrors in class 020 |
|  |  |  | For: Mugs and Insulated Drinking Steins in class 021 |
|  |  |  | For: Towels in class 024 |
|  |  |  | For: Clothing-Namely, T-Shirts, Jackets, Blue Jeans, Sweat Shirts, Underwear, Bandanas, Headwear, Socks, Boots, Cycle Riding Suits, Belts and Suspenders in class 025 |
|  |  |  | For: Embroidered patches, belt buckles and lapel, hat and stick pins all of non-precious metals in class 026 |
|  |  |  | For: Cigarette lighters in class 034 |

15

| | | | |
|---|---|---|---|
| 1,205,380 |  | Aug. 17, 1982 | For: Motorcycles in class 012<br><br>For: Clothing-Namely, T-Shirts in class 025 |
| 1,224,868 |  | Jan. 25, 1983 | For: Decorative Items for Motorcycles-Namely, Medallions in class 006<br><br>For: Fitted Motorcycle Covers in class 012<br><br>For: Key Ring Fobs in class 014 |
| | | | For: General Purpose Decals; Decorative Items for Motorcycles-Namely, Decals, and Metallic Foil Decals in class 016<br><br>For: Drinking Cups and Mugs in class 021<br><br>For: Clothing-Namely, Jackets, T-Shirts, Tank Tops, Sweat Shirts, Bandannas, Hats, Caps, and Boots in class 025<br><br>For: Stick, Lapel, and Hat Pins, All of Nonprecious Metals, and Decorative Cloth Patches in class 026<br><br>For: Cigarette Lighters in class 034 |

Formatted: Font: 12 pt

Formatted: Font: 12 pt

Formatted: Font: 12 pt

Formatted: Font: 12 pt

Formatted: Font: 12 pt

Formatted: Font: 12 pt

16

| | | | |
|---|---|---|---|
| 2,376,674 |  | Aug. 15, 2000 | For: Metal locks in class 006<br><br>For: Motorcycle parts, namely, spark plugs in class 007<br><br>For: Optical and safety equipment, namely, sunglasses and motorcycle helmets in class 009<br><br>For: Motorcycle parts, namely, mirrors, drive belts made of rubber, swing arm pivot covers, axle nut covers, handgrips, oil pump covers, air cleaner covers, derby covers, caliper covers, seats, brake pedals, motorcycle saddlebags, saddlebag liners, timer covers and fender tips in class 012<br><br>For: Jewelry in class 014<br><br>For: Leather goods, namely traveling bags and saddlery in class 018<br><br>For: Leather gloves in class 025 |
| 1,741,456 |  | Dec. 22, 1992 | For: Embroidered patches and belt buckles not of precious metals in class 026 |

17

| | | | |
|---|---|---|---|
| 1,511,060 |  | Nov. 01, 1988 | For: Clothing, namely, boots, sweat shirts, jeans, hats, caps, scarves, motorcycle riding suits, neck ties, shirts, t-shirts, jackets, vest, ladies tops, bandanas in class 025 |
| 3,447,304 |  | Jun. 17, 2008 | For: A full line of clothing in class 025 |
| 3,697,874 |  | Oct. 20, 2009 | For: Motorcycles and structural parts therefor in class 012 |
| 3,697,875 |  | Oct. 20, 2009 | For: Shirts, hats, caps in class 025 |
| 3,074,276 |  | Mar. 28, 2006 | For: Metal key chains in class 006 |

18

| | | | |
|---|---|---|---|
| 3,018,481 |  | Nov. 22, 2005 | For: Ornamental novelty pins in class 026 |
| 2,979,002 |  | Jul. 26, 2005 | For: Drinking glasses, mugs, and beverage glassware in class 021 |
| 2,973,501 |  | Jul. 19, 2005 | For: Bandannas, jackets, shirts, caps, hats, T-shirts, and leather jackets in class 025 |
| 4,601,394 |  | Sep. 09, 2014 | For: Cell phone covers in class 009 |

| | | | |
|---|---|---|---|
| 3,304,863 |  | Oct. 02, 2007 | For: Metal key fobs and non-luminous and non-mechanical metal signs in class 006 |
| 4,844,360 |  | Nov. 03, 2015 | For: Parts of motorcycles, excluding parts of all motors and engines, namely, derby covers, air cleaner trim, timer covers, battery cover band, fuel caps, brake caliper inserts, fender skirts, console doors, head lamp visors, medallions, foot pegs, gearshift linkages, foot board covers, handlebar clamps, hand grips, fuel gauges, guard rail inserts, axle nut covers, breather end cap, valve stem caps, foot boards, turn signal visors, pivot bolt covers, tank panel, fender tip lens kit, console insert, air cleaner cover, decorative end caps, mirrors and mounting hardware for the aforesaid goods in class 012 |

20

| | | | |
|---|---|---|---|
| 4,771,442 | | Jul. 14, 2015 | For: A full line of jewelry in class 014 |
| 4,528,269 | | May 13, 2014 | For: Jewelry, namely, earrings, necklaces in class 014 |
| 4,465,604 | | Jan. 14, 2014 | For: Clothing, namely, shirts, hats, caps, belts, jackets, gloves, sweatshirts, lounge pants, and wrist bands in class 025 |
| 4,465,650 | | Jan. 14, 2014 | For: Motorcycles and structural parts therefor in class 012 |
| 5,346,467 | DAYMAKER | Nov. 28, 2017 | For: Motorcycle headlamp in class 011 |

21

| | | | |
|---|---|---|---|
| 1,316,576 | EAGLE IRON | Jan. 29, 1985 | For: Motorcycle electrical parts, namely, coils, brushes, armatures, generators in class 007<br><br>For: Motorcycle parts, namely gear shafts, starters, clutches, sprockets, battery covers and straps, air cleaners and filters in class 012 |
| 3,818,854 | FAT BOY | Jul. 13, 2010 | For: Non-luminous, non-mechanical tin signs, non-luminous and non-mechanical metal signs in class 006 |
| 5,346,443 | FXRG | Nov. 28, 2017 | For: Helmets in class 009 |
| 5,493,726 | FXRG | Jun. 12, 2018 | For: Eyewear, body armor in class 009 |
| 2,530,093 | FXRG | Jan. 15, 2002 | For: Jackets, coats, suits, gloves and pants in class 025 |
| 5,770,303 | FXRG | June 4, 2019 | For: Clothing, namely, sweaters, jackets, scarves, bandannas, vests, jeans, pants, chaps, shirts, caps, hats, headgear for wear, belts, wristbands, coveralls, trousers, rain suits, rain coats, T-shirts, head bands, neck gators, socks, leg warmers, mittens, leather clothing, bibs; footwear, namely, shoes and boots in class 025. |
| 2,817,659 | MOTORCLOTHES | Feb. 24, 2004 | For: Clothing, namely belts, coats, jackets, caps, hats, head wear, knit hats, gloves, jeans, pants, chaps, shorts, shirts, sweaters, halter tops, tank tops, T- |

22

| Registration Number | Registered Trademark | Filing Date | International Classes |
|---|---|---|---|
| | | | shirts, sweatshirts, sweat pants, head bands, leather coats, leather jackets, leather pants, leather chaps, leather vests, nightgowns, night shirts, pajamas, rain coats, rain suits, scarves, lingerie, underwear, vests, and wristbands; footwear; namely, shoes and boots in class 025 |
| 3,734,072 | SCREAMIN' EAGLE | Jan. 5, 2010 | For: Caps, jackets, shirts, and sweatshirts; t-shirts in class 025 |
| 1,434,821 | WILLIE G | Mar. 31, 1987 | For: Jackets in class 025 |
| 2,892,609 |  "Orange Stripe Design" (a wide orange stripe outlined by two narrow stripes) | Oct. 12, 2004 | For: Clothing, namely jackets, shirts in class 025 |
| 3,110,597 | STREET BOB | Jun 27, 2006 | For: Motorcycles and motorcycle structural parts in class 012 |

| Registration Number | Registered Trademark | International Classes |
|---|---|---|
| | | |
| | | |
| | | |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), and false designation of origin (15 U.S.C.

§ 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510 et seq.).

Accordingly, this Court orders that Harley-Davidson[PLAINTIFF]'s Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the Harley-Davidson [PLAINTIFF] Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Harley-Davidson [PLAINTIFF] product or not authorized by Harley-Davidson [PLAINTIFF] to be sold in connection with the Harley-Davidson [PLAINTIFF] Trademarks;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Harley-Davidson [PLAINTIFF] product or any other product produced by Harley-Davidson[PLAINTIFF], that is not Harley-Davidson[PLAINTIFF]'s or not produced under the authorization, control, or supervision of Harley-Davidson [PLAINTIFF] and approved by Harley-Davidson [PLAINTIFF] for sale under the Harley-Davidson [PLAINTIFF] Trademarks;

   c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of

24

Harley-Davidson[PLAINTIFF], or are sponsored by, approved by, or otherwise connected with Harley-Davidson[PLAINTIFF]; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Harley-Davidson[PLAINTIFF], nor authorized by Harley-Davidson [PLAINTIFF] to be sold or offered for sale, and which bear any of Harley-Davidson[PLAINTIFF]'s trademarks, including the Harley-Davidson[PLAINTIFF] Trademarks, or any reproductions, counterfeit copies or colorable imitations.

2.  The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order, shall, at [PLAINTIFF]'s choosing:

a.  transfer the Defendant Domain Names to [PLAINTIFF]'s control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of [PLAINTIFF]'s selection, and the domain name registrars shall take any steps necessary to transfer the Defendant Domain Names to a registrar of [PLAINTIFF]'s selection; or

b.  disable the Defendant Domain Names and make them inactive and untransferable.

3.2.  Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting

25

Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), and DHgate.com Inc. ("Dhgate") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

> a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplaces~~Marketplace Accounts~~, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the Harley-Davidson~~[PLAINTIFF]~~ Trademarks; and

> b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Harley-Davidson~~[PLAINTIFF]~~ Trademarks or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Harley-Davidson~~[PLAINTIFF]~~ product or not authorized by Harley-Davidson~~[PLAINTIFF]~~ to be sold in connection with the Harley-Davidson~~[PLAINTIFF]~~ Trademarks.

~~4.~~3.    Upon Harley-Davidson~~[PLAINTIFF'S]~~'s request, those with notice of this Order, including the Third Party Providers as defined in Paragraph ~~4~~2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Harley-Davidson ~~[PLAINTIFF]~~ Trademarks.

~~5.~~4.    Pursuant to 15 U.S.C. § 1117(c)(2), Harley-Davidson ~~[PLAINTIFF]~~ is awarded statutory damages from each of the Defaulting Defendants in the amount of two hundred thousand

dollars[_____] – ($200,000) for willful use of counterfeit Harley-Davidson [PLAINTIFF] Trademarks on products sold through at least the Seller Aliases Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

6.5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), and Amazon Pay, and Dhgate shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Seller Aliases Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 46 above) or other of Defaulting Defendants' assets.

7.6. All monies (up to the amount of the statutory damages awarded in Paragraph 46 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, and Dhgate are hereby released to Harley-Davidson [PLAINTIFF] as partial payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are ordered to release to Harley-Davidson [PLAINTIFF] the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

8.7. Until Harley-Davidson [PLAINTIFF] has recovered full payment of monies owed to it by any Defaulting Defendant, Harley-Davidson [PLAINTIFF] shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

9.8. In the event that Harley-Davidson [PLAINTIFF] identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Harley-Davidson [PLAINTIFF] may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit [X3] to the Declaration of Adraea Brown Harley-Davidson[PERSON] and any e-mail addresses provided for Defaulting Defendants by third parties.

10.9. To obtain release of the bond previously posted in this action, Plaintiff's counsel must file a motion for the return of the bond once the preliminary injunction no longer applies to any defendant.[Alternative 1 Instruction to Plaintiff's counsel: If this default judgment pertains to all remaining Defendants, such that the preliminary injunction no longer applies to any Defendant, then enter the following language as paragraph 10:] [AMOUNT](XX,XXX] [cash or surety] bond posted by [PLAINTIFF] is hereby released to [PLAINTIFF] or its counsel, [FIRM]. The Clerk of the Court is directed to return the [cash or surety] bond previously deposited with the Clerk of the Court to [PLAINTIFF] or its counsel.

[Alternative 2 Instruction to Plaintiff's counsel: If any Defendants remain subject to the preliminary injunction because they have not been dismissed or had judgment entered against them, then enter the following language as paragraph 10:] To obtain release of the bond previously posted in this action, Plaintiff's counsel must file a motion for the return of the bond once the preliminary injunction no longer applies to any Defendant.

This is a Default Judgment.

Dated: September _____ 2021

_____

[JUDGE'S NAME]Thomas M. Durkin
United States District Judge

28

Schedule A

| No. | Online Marketplaces | No. | Online Marketplaces |
|-----|---------------------|-----|---------------------|
| 1 | | 2 | |
| 3 | | 4 | |
| 5 | | 6 | |
| 7 | | 8 | |
| 9 | | 10 | |
| ... | | ... | |

H-D U.S.A., LLC v. Autopartsfactory Store, et al. - Case No. 21-cv-3294

## Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|-----|---------------|-----|---------------|
| 1 | DISMISSED | 2 | DISMISSED |
| 3 | Balgari Store | 4 | Taibosch Store |
| 5 | Fancitale Store | 6 | double-van art Store |
| 7 | Lu Ai Store | 8 | LQXLSA Women's Store |
| 9 | Shop911202141 Store | 10 | Cutenew Store |
| 11 | Fantacy Art Store | 12 | Bald Governor 003H Store |
| 13 | Shop911609407 Store | 14 | Jupao Store |
| 15 | Xinxin Xiangyi Store | 16 | Golden Bay Store Store |
| 17 | redpink Store | 18 | excellentt Store |
| 19 | Yuhange Store | 20 | Shop070588 Store |
| 21 | ArtPaintings Store | 22 | Life Foever 1331 Store |
| 23 | Little Nili Men's Store Store | 24 | enjoyv004 Store |
| 25 | PremiumShop666 Store | 26 | jianxiaojiedediepu Store |
| 27 | Hallo Kitea NO29 Store | 28 | 26363332 Store |
| 29 | YSMLK Retail Store | 30 | Jingwei Digital 04 Store |
| 31 | mhmj Store | 32 | CUCUSHOP Store |
| 33 | PHONECE Store | 34 | Yi Lian Good thing Store |
| 35 | Encounters 05 Store | 36 | aTalent Store |
| 37 | Good meaning Store | 38 | Old Racers Store |
| 39 | Buggle Store | 40 | LHLHLH3 Store |
| 41 | Motorcycle jacket menswear Store | 42 | Trillions of xingfa Store |
| 43 | Golebo Store | 44 | Xingsheng Herenkleding Store |
| 45 | Transnational trend Store | 46 | paula888 Store |
| 47 | 1994 Patch Store | 48 | aoe Store |
| 49 | Car jacket Store | 50 | ZouFan 2138 Store |
| 51 | AZ199411 Store | 52 | 1313Defit casee Store |

29

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 53 | C-One-PhoneCase Store | 54 | Madferret Store |
| 55 | JBHKLJBLUH Store | 56 | Happyi Stars Store |
| 57 | WWTT20210507 Store | 58 | Impressive menswear Store |
| 59 | Planet 2136 Store | 60 | 100% menswear Store |
| 61 | 100% cotton -T-shirts Store | 62 | Allons Store |
| 63 | p-c-g-f Store | 64 | Juanjuan Store |
| 65 | baseballcapypods Store | 66 | G-gucci Store |
| 67 | Champagne0212 Store | 68 | Lihaoyu |
| 69 | victoriaofstyle | 70 | A124RSFKOHO3IA |
| 71 | JIAN FENG MIAO | 72 | DISMISSED |
| 73 | A15Y9LW33HMMIL | 74 | Cool life store |
| 75 | MIFENGYUAN | 76 | jinfanmaoyigongsi |
| 77 | DISMISSED | 78 | Art Theme Store |
| 79 | DISMISSED | 80 | OMGIPPIN |
| 81 | YUEQINM | 82 | A1D83ZYUWIVDDA |
| 83 | jinanshangmaosjz | 84 | kundulunqujiaboyishuiguojingxiaodian |
| 85 | EXCEPTED | 86 | A1GCQ5OVHEI2CB |
| 87 | donghongjian2021 | 88 | DISMISSED |
| 89 | chongchongdedian | 90 | feimingdishangmao |
| 91 | DM-CD | 92 | DISMISSED |
| 93 | PU YANG LIANG SHENG SHANG MAO YOU XIAN GONG SI | 94 | YiJiaWangLuoKeJiYouXianGongSi |
| 95 | WISHTA | 96 | SUMMITS TELECOM LIMITEDz |
| 97 | chongqingshidazuquhuaiqingshengtaino ngyeyouxiangon | 98 | BeiJingYiDuShangMaoYouXianGongSi |
| 99 | A1Q18ME3QC6SRB | 100 | A1QR89EOQ14WL2 |
| 101 | LiuLinXianDeWuYanJiuFuShiDian | 102 | Hangzhou Xuan Chuan Trading Co., Ltd |
| 103 | XiXiangShengYingMaoYiShangHang | 104 | Maria's Boutique Supermarket |
| 105 | DISMISSED | 106 | haoqianbaihuo |
| 107 | Hookedhu | 108 | BUWU |
| 109 | Jiutaiquyingchengyanxiariyongbaihuodia n | 110 | geechcs |
| 111 | A224II6QDSEAB2 | 112 | aidujingpinmaoyishanghang |
| 113 | Tie Micro Technology Co.Limited21 | 114 | lianlingdianzi |
| 115 | GZSSHUYEZHUBAOSHIPIN | 116 | Vintage Tin Plaque |
| 117 | A2BULJE78XJCQ | 118 | yinlyy |
| 119 | BBU KING | 120 | A2GXSY9O4ZS63W |
| 121 | changoushunshangmao | 122 | luozhiqiangert |
| 123 | Li Zi Jian | 124 | XiaoMingShop |
| 125 | AMAZANS | 126 | kangenge |

30

| No. | Seller Aliases | | No. | Seller Aliases |
|---|---|---|---|---|
| 127 | DISMISSED | | 128 | Li Jinyan Department Store |
| 129 | CHENGXIANGQULONGQIAOZHANGJIAJIAZHENZHIPINDIAN | | 130 | Miaodu |
| 131 | chenwangyu | | 132 | dianzishangwtrt |
| 133 | Molek | | 134 | HBHKAL |
| 135 | foshanshichanchengqudegianyibaihuoshanghang | | 136 | liuguoming02 |
| 137 | Btiiyscl Tebhygs | | 138 | MUYI-GO Technology Limited3 |
| 139 | DISMISSED | | 140 | BeiJingRenHeJiaMeiShangMaoYouXianGongSi |
| 141 | puyangkelanmeishangmaoyouxiangongsi | | 142 | Agnes Johnson Store |
| 143 | Beautiful&sister | | 144 | mingxingchaoshi |
| 145 | DMZDQ | | 146 | chengxianggulongqiaolishuofuzhuangshanghang |
| 147 | haikoulonghuawahabaihuodian | | 148 | RunTaoQiCheMaoYiYouXianGongSi |
| 149 | HappyandNice | | 150 | DISMISSED |
| 151 | guangzhoucengzhiduishangmaoyouxiangongsi | | 152 | ShanXiZhaiXingGeChaYeYouXianGongSi |
| 153 | HengBaiXiangQiChe | | 154 | baodexianliuxiabangongyongpindian |
| 155 | DISMISSED | | 156 | A3G9Z40EWAW0SW |
| 157 | CLXZTHYo | | 158 | WisLotife's |
| 159 | RenHoodie | | 160 | ZORMIEY ARTWORK |
| 161 | PU YANG ZHI LIAN CAI SHUI GUAN LI ZI XUN ZHONG XIN | | 162 | Super Grocers |
| 163 | SHAOXIANKUN | | 164 | kenfashangmao |
| 165 | shihukemaoyi | | 166 | tianjinjinghaigufuhongwujindia |
| 167 | WANERR | | 168 | A3Q6B8NWCDYMKH |
| 169 | Le Bon fook home | | 170 | Hangzhou Youyang Electronic Commerce Co., Ltd. |
| 171 | gekashangmao | | 172 | FRANK CO., LIMITED |
| 173 | haiqiushangmaoyouxiangongsi | | 174 | 651-wafaw |
| 175 | Great department store | | 176 | Key Life US |
| 177 | bo luo cheng xin dian | | 178 | ShaMen Yixingyuan Trade Co., Ltd |
| 179 | yujuntongda | | 180 | GuangZhouNanShaQuJiaShengSanShangMaoYouXianGongSi |
| 181 | guangzhousanzhangmaoyi | | 182 | guohang--shop |
| 183 | Best&store | | 184 | Linda k |
| 185 | shanxixinyuanhuafangdichanjingjiyouxiangongsi | | 186 | AO8BUP1I4YPC7 |

31

| No. | Seller Aliases |
|---|---|
| 187 | PuYangShiHaiGongShangMaoYouXianGongSi |
| 189 | ZHWDA |
| 191 | JiangShuAiQingGuShi |
| 193 | GUANGZHOU HUANGKUANG MAOYI SHANGHANG |
| 195 | mar597109 |
| 197 | DISMISSED |

| No. | Seller Aliases |
|---|---|
| 188 | Xia&Lin |
| 190 | YSTickers |
| 192 | Strongest painting |
| 194 | DISMISSED |
| 196 | DISMISSED |

Formatted Table

| No. | Online Marketplaces |
|---|---|
| 1 | DISMISSED |
| 3 | aliexpress.com/store/5499020 |
| 5 | aliexpress.com/store/900251105 |
| 7 | aliexpress.com/store/911045108 |
| 9 | aliexpress.com/store/911202141 |
| 11 | aliexpress.com/store/911331085 |
| 13 | aliexpress.com/store/911609407 |
| 15 | aliexpress.com/store/911725163 |
| 17 | aliexpress.com/store/911751364 |
| 19 | aliexpress.com/store/911759513 |
| 21 | aliexpress.com/store/3220043 |
| 23 | aliexpress.com/store/911775502 |
| 25 | aliexpress.com/store/911787605 |
| 27 | aliexpress.com/store/911793508 |
| 29 | aliexpress.com/store/911798137 |
| 31 | aliexpress.com/store/911805073 |
| 33 | aliexpress.com/store/911817446 |
| 35 | aliexpress.com/store/911830168 |
| 37 | aliexpress.com/store/911832329 |
| 39 | aliexpress.com/store/911832506 |
| 41 | aliexpress.com/store/911838179 |
| 43 | aliexpress.com/store/911864044 |
| 45 | aliexpress.com/store/911880168 |
| 47 | aliexpress.com/store/911883229 |
| 49 | aliexpress.com/store/911896067 |
| 51 | aliexpress.com/store/911930648 |
| 53 | aliexpress.com/store/911933081 |
| 55 | aliexpress.com/store/911935068 |
| 57 | aliexpress.com/store/911936687 |

| No. | Online Marketplaces |
|---|---|
| 2 | DISMISSED |
| 4 | aliexpress.com/store/5972078 |
| 6 | aliexpress.com/store/910721128 |
| 8 | aliexpress.com/store/911133013 |
| 10 | aliexpress.com/store/911325143 |
| 12 | aliexpress.com/store/911422051 |
| 14 | aliexpress.com/store/911705121 |
| 16 | aliexpress.com/store/911745245 |
| 18 | aliexpress.com/store/911754809 |
| 20 | aliexpress.com/store/911764863 |
| 22 | aliexpress.com/store/911765941 |
| 24 | aliexpress.com/store/911783743 |
| 26 | aliexpress.com/store/911789747 |
| 28 | aliexpress.com/store/911797584 |
| 30 | aliexpress.com/store/911799256 |
| 32 | aliexpress.com/store/911806015 |
| 34 | aliexpress.com/store/911820192 |
| 36 | aliexpress.com/store/911832040 |
| 38 | aliexpress.com/store/911832401 |
| 40 | aliexpress.com/store/911836199 |
| 42 | aliexpress.com/store/911860018 |
| 44 | aliexpress.com/store/911874092 |
| 46 | aliexpress.com/store/911883138 |
| 48 | aliexpress.com/store/911893237 |
| 50 | aliexpress.com/store/911929996 |
| 52 | aliexpress.com/store/911931645 |
| 54 | aliexpress.com/store/911934964 |
| 56 | aliexpress.com/store/911935673 |
| 58 | aliexpress.com/store/911937122 |

Formatted Table

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 59 | aliexpress.com/store/911940683 | 60 | aliexpress.com/store/911940792 |
| 61 | aliexpress.com/store/911941646 | 62 | aliexpress.com/store/911944504 |
| 63 | aliexpress.com/store/911945043 | 64 | aliexpress.com/store/911960069 |
| 65 | aliexpress.com/store/911962192 | 66 | aliexpress.com/store/911972069 |
| 67 | aliexpress.com/store/912024517 | 68 | amazon.com/sp?seller=A11CGNUQ1F7GPM |
| 69 | amazon.com/sp?seller=A124MRFPZL7OM9 | 70 | amazon.com/sp?seller=A124RSFKOHO3IA |
| 71 | amazon.com/sp?seller=A13TA1DY0BTM52 | 72 | DISMISSED |
| 73 | amazon.com/sp?seller=A15Y9LW33HMMIL | 74 | amazon.com/sp?seller=A178FCMAXC5853 |
| 75 | amazon.com/sp?seller=A179LXLN4FY5RM | 76 | amazon.com/sp?seller=A18OLYEKV5LJME |
| 77 | DISMISSED | 78 | amazon.com/sp?seller=A1CHP3G5DFNXJB |
| 79 | DISMISSED | 80 | amazon.com/sp?seller=A1D0Y3KH4FFVAD |
| 81 | amazon.com/sp?seller=A1D82UM5Y1Y5CQ | 82 | amazon.com/sp?seller=A1D83ZYUWIVDDA |
| 83 | amazon.com/sp?seller=A1DN4JAIQ7NWX2 | 84 | amazon.com/sp?seller=A1E7SGDL6EX5QX |
| 85 | EXCEPTED | 86 | amazon.com/sp?seller=A1GCQ5OVHEI2CB |
| 87 | amazon.com/sp?seller=A1H7USALE7YUJU | 88 | DISMISSED |
| 89 | amazon.com/sp?seller=A1K1R2K5NM83IE | 90 | amazon.com/sp?seller=A1MCWTL1SHZ1G5 |
| 91 | amazon.com/sp?seller=A1MS94GR1GWAU5 | 92 | DISMISSED |
| 93 | amazon.com/sp?seller=A1O23Z853EVXUR | 94 | amazon.com/sp?seller=A1OIS43VT18W6BG |
| 95 | amazon.com/sp?seller=A1OROP4ZRIK8NM | 96 | amazon.com/sp?seller=A1OXPBAIJZOW6A |
| 97 | amazon.com/sp?seller=A1P9T69ZH2494U | 98 | amazon.com/sp?seller=A1PYL9TO4WG7SN |
| 99 | amazon.com/sp?seller=A1Q18ME3QC6SRB | 100 | amazon.com/sp?seller=A1QR89EOQ14WL2 |
| 101 | amazon.com/sp?seller=A1SXRLTK6AR7QP | 102 | amazon.com/sp?seller=A1TW7FU0LM5KEO |
| 103 | amazon.com/sp?seller=A1VFIBKWK5U1YO | 104 | amazon.com/sp?seller=A1VFPFH51PI1D7 |
| 105 | DISMISSED | 106 | amazon.com/sp?seller=A1Y6S4HO2L5C3 |

Formatted Table

33

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 107 | amazon.com/sp?seller=A1YVMI5QJ325B7 | 108 | amazon.com/sp?seller=A1Z4WIDFPBUPWD |
| 109 | amazon.com/sp?seller=A1ZW8RD38642N5 | 110 | amazon.com/sp?seller=A21IE43WN3Q2TB |
| 111 | amazon.com/sp?seller=A224II6QDSEAB2 | 112 | amazon.com/sp?seller=A228FALF80NRKA |
| 113 | amazon.com/sp?seller=A23KSXSWXDVBMG | 114 | amazon.com/sp?seller=A2446MU1O80E45 |
| 115 | amazon.com/sp?seller=A27UF4ALPGX395 | 116 | amazon.com/sp?seller=A28929W0LA8X63 |
| 117 | amazon.com/sp?seller=A2BULJE78XJCQ | 118 | amazon.com/sp?seller=A2CNNRYXLIMKPL |
| 119 | amazon.com/sp?seller=A2E74WW1530AJ | 120 | amazon.com/sp?seller=A2GXSY9O4ZS63W |
| 121 | amazon.com/sp?seller=A2HWX8IF1D8TJ5 | 122 | amazon.com/sp?seller=A2J7RST5ITLWQ4 |
| 123 | amazon.com/sp?seller=A2KFDD37I2ABNY | 124 | amazon.com/sp?seller=A2KWFPOSCKHZAM |
| 125 | amazon.com/sp?seller=A2LD865H54UBYX | 126 | amazon.com/sp?seller=A2M5H23JSXZ5EE |
| 127 | DISMISSED | 128 | amazon.com/sp?seller=A2NM4RQEKKALQ4 |
| 129 | amazon.com/sp?seller=A2S5HDEITKPAZK | 130 | amazon.com/sp?seller=A2T0NH23IT022Q |
| 131 | amazon.com/sp?seller=A2TJ7TVUIA2BL3 | 132 | amazon.com/sp?seller=A2VFCVND5E293H |
| 133 | amazon.com/sp?seller=A2VRSH1D4H7EPC | 134 | amazon.com/sp?seller=A2WC96HXX0RII5 |
| 135 | amazon.com/sp?seller=A2XIDAKO7X3AGI | 136 | amazon.com/sp?seller=A2YFKWTH37SWBY |
| 137 | amazon.com/sp?seller=A2ZD7XSVK3QKH5 | 138 | amazon.com/sp?seller=A30MERR4NOLX3P |
| 139 | DISMISSED | 140 | amazon.com/sp?seller=A34EV93IUTNN45 |
| 141 | amazon.com/sp?seller=A34XZZODQGKEKT | 142 | amazon.com/sp?seller=A3591D1Q1W7K79 |
| 143 | amazon.com/sp?seller=A38O94EL0Y87RC | 144 | amazon.com/sp?seller=A39D2YAOXESVWA |
| 145 | amazon.com/sp?seller=A39TQLZCKQK3HV | 146 | amazon.com/sp?seller=A3A5BTNXBARHO |
| 147 | amazon.com/sp?seller=A3AZXRR49IQAW4 | 148 | amazon.com/sp?seller=A3B537G4D41CH3 |
| 149 | amazon.com/sp?seller=A3BSWDZJGD6FB4 | 150 | DISMISSED |

Formatted Table

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 151 | amazon.com/sp?seller=A3CVNTI7LZ4PZB | 152 | amazon.com/sp?seller=A3CX4W5X08IN8V |
| 153 | amazon.com/sp?seller=A3F2ZB64RXV1DJ | 154 | amazon.com/sp?seller=A3FJBVNL5RTLNJ |
| 155 | DISMISSED | 156 | amazon.com/sp?seller=A3G9Z40EWAW0SW |
| 157 | amazon.com/sp?seller=A3HDU6WKSZ6752 | 158 | amazon.com/sp?seller=A3HW14CS0VLVPF |
| 159 | amazon.com/sp?seller=A3HXH2FWO4HT39 | 160 | amazon.com/sp?seller=A3IGQWUA6OOE7H |
| 161 | amazon.com/sp?seller=A3IQJNXQOAAFHU | 162 | amazon.com/sp?seller=A3J7J7D3NSC13L |
| 163 | amazon.com/sp?seller=A3KUQ5LGQFLKN | 164 | amazon.com/sp?seller=A3L6330FRD42Z2 |
| 165 | amazon.com/sp?seller=A3N13TCNYWTZ87 | 166 | amazon.com/sp?seller=A3NG6HA6GCXOAD |
| 167 | amazon.com/sp?seller=A3NL78Y5D8HR47 | 168 | amazon.com/sp?seller=A3Q6B8NWCDYMKH |
| 169 | amazon.com/sp?seller=A3QGSQEOW4IXNC | 170 | amazon.com/sp?seller=A3SSO9RWO9AKJG |
| 171 | amazon.com/sp?seller=A3TVCXYKD9JWN0 | 172 | amazon.com/sp?seller=A3VPYIZI8UYIO0 |
| 173 | amazon.com/sp?seller=A4BD5ATN2IQV2 | 174 | amazon.com/sp?seller=A4U8I8D2SACLH |
| 175 | amazon.com/sp?seller=A65SBBGNWGZAQ | 176 | amazon.com/sp?seller=A6TJ10HVR9ZiQ |
| 177 | amazon.com/sp?seller=A91MCIP9E1QXX | 178 | amazon.com/sp?seller=ABKNBUG43LDTU |
| 179 | amazon.com/sp?seller=ADWNQVKABKAWS | 180 | amazon.com/sp?seller=AEDR0YBG4TAFG |
| 181 | amazon.com/sp?seller=AF8HQIH5V9D0W | 182 | amazon.com/sp?seller=AFVDEGLVNON1I |
| 183 | amazon.com/sp?seller=AIW1KUS7OJ49E | 184 | amazon.com/sp?seller=ALSFLSNLF7JNS |
| 185 | amazon.com/sp?seller=ANM4CTR4AJFFG | 186 | amazon.com/sp?seller=AO8BUP1I4YPC7 |
| 187 | amazon.com/sp?seller=APHPUXI5VW0P8 | 188 | amazon.com/sp?seller=ASEA8XLWHU9M4 |
| 189 | amazon.com/sp?seller=ASHS6ZG4KRQD | 190 | amazon.com/sp?seller=ASWK2IL3ZS5JG |
| 191 | amazon.com/sp?seller=AUMCBN92TVUO6 | 192 | amazon.com/sp?seller=AUVBB0TCN9MWD |
| 193 | amazon.com/sp?seller=AV7PRU34LO3IX | 194 | DISMISSED |
| 195 | ebay.com/usr/mar597109 | 196 | DISMISSED |
| 197 | DISMISSED | | |

Formatted Table

35

36