# Exhibit 1

H-D U.S.A., LLC v. Autopartsfactory Store, et al. - Case No. 21-cv-3294

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | DISMISSED | 2 | DISMISSED |
| 3 | Balgari Store | 4 | Taibosch Store |
| 5 | Fancitale Store | 6 | double-van art Store |
| 7 | Lu Ai Store | 8 | LQXLSA Women's Store |
| 9 | Shop911202141 Store | 10 | Cutenew Store |
| 11 | Fantacy Art Store | 12 | Bald Governor 003H Store |
| 13 | Shop911609407 Store | 14 | Jupao Store |
| 15 | Xinxin Xiangyi Store | 16 | Golden Bay Store Store |
| 17 | redpink Store | 18 | excellentt Store |
| 19 | Yuhange Store | 20 | Shop070588 Store |
| 21 | ArtPaintings Store | 22 | Life Foever 1331 Store |
| 23 | Little Nili Men's Store Store | 24 | enjoyy004 Store |
| 25 | PremiumShop666 Store | 26 | jianxiaojiedediepu Store |
| 27 | Hallo Kitea NO29 Store | 28 | 26363332 Store |
| 29 | YSMLK Retail Store | 30 | Jingwei Digital 04 Store |
| 31 | mhmj Store | 32 | CUCUSHOP Store |
| 33 | PHONECE Store | 34 | Yi Lian Good thing Store |
| 35 | Encounters 05 Store | 36 | aTalent Store |
| 37 | Good meaning Store | 38 | Old Racers Store |
| 39 | Buggle Store | 40 | LHLHLH3 Store |
| 41 | Motorcycle jacket menswear Store | 42 | Trillions of xingfa Store |
| 43 | Golebo Store | 44 | Xingsheng Herenkleding Store |
| 45 | Transnational trend Store | 46 | paula888 Store |
| 47 | 1994 Patch Store | 48 | aoe Store |
| 49 | Car jacket Store | 50 | ZouFan 2138 Store |
| 51 | AZ199411 Store | 52 | 1313Defit casee Store |
| 53 | C-One-PhoneCase Store | 54 | Madferret Store |
| 55 | JBHKLJBLUH Store | 56 | Happyi Stars Store |
| 57 | WWTT20210507 Store | 58 | Impressive menswear Store |
| 59 | Planet 2136 Store | 60 | 100% menswear Store |
| 61 | 100% cotton -T-shirts Store | 62 | Allons Store |
| 63 | p-c-g-f Store | 64 | Juanjuan Store |
| 65 | baseballcapypods Store | 66 | G-gucci Store |
| 67 | Champagne0212 Store | 68 | Lihaoyu |
| 69 | victoriaofstyle | 70 | A124RSFKOHO3IA |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 71 | JIAN FENG MIAO | 72 | DISMISSED |
| 73 | A15Y9LW33HMMIL | 74 | Cool life store |
| 75 | MIFENGYUAN | 76 | jinfanmaoyigongsi |
| 77 | DISMISSED | 78 | Art Theme Store |
| 79 | DISMISSED | 80 | OMGIPPIN |
| 81 | YUEQINM | 82 | A1D83ZYUWIVDDA |
| 83 | jinanshangmaosjz | 84 | kundulunqujiaboyishuiguojingxiaodian |
| 85 | EXCEPTED | 86 | A1GCQ5OVHEI2CB |
| 87 | donghongjian2021 | 88 | DISMISSED |
| 89 | chongchongdedian | 90 | feimingdishangmao |
| 91 | DM-CD | 92 | DISMISSED |
| 93 | PU YANG LIANG SHENG SHANG MAO YOU XIAN GONG SI | 94 | YiJiaWangLuoKeJiYouXianGongSi |
| 95 | WISHTA | 96 | SUMMITS TELECOM LIMITEDz |
| 97 | chongqingshidazuquhuaiqingshengtainongyeyouxiangon | 98 | BeiJingYiDuShangMaoYouXianGongSi |
| 99 | A1Q18ME3QC6SRB | 100 | A1QR89EOQ14WL2 |
| 101 | LiuLinXianDeWuYanJiuFuShiDian | 102 | Hangzhou Xuan Chuan Trading Co., Ltd |
| 103 | XiXiangShengYingMaoYiShangHang | 104 | Maria's Boutique Supermarket |
| 105 | DISMISSED | 106 | haoqianbaihuo |
| 107 | Hookedhu | 108 | BUWU |
| 109 | Jiutaiquyingchengyanxiariyongbaihuodian | 110 | geechcs |
| 111 | A224II6QDSEAB2 | 112 | aidujingpinmaoyishanghang |
| 113 | Tie Micro Technology Co.Limited21 | 114 | lianlingdianzi |
| 115 | GZSSHUYEZHUBAOSHIPIN | 116 | Vintage Tin Plaque |
| 117 | A2BULJE78XJCQ | 118 | yinlyy |
| 119 | BBU KING | 120 | A2GXSY9O4ZS63W |
| 121 | changoushunshangmao | 122 | luozhiqiangert |
| 123 | Li Zi Jian | 124 | XiaoMingShop |
| 125 | AMAZANS | 126 | kangenge |
| 127 | DISMISSED | 128 | Li Jinyan Department Store |
| 129 | CHENGXIANGQULONGQIAOZHANGJIAJIAZHENZHIPINDIAN | 130 | Miaodu |
| 131 | chenwangyu | 132 | dianzishangwtrt |
| 133 | Molek | 134 | HBHKAL |
| 135 | foshanshichanchengqudeqianyibaihuoshanghang | 136 | liuguoming02 |
| 137 | Btiiyscl Tebhygs | 138 | MUYI-GO Technology Limited3 |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 139 | DISMISSED | 140 | BeiJingRenHeJiaMeiShangMaoYouXianGongSi |
| 141 | puyangkelanmeishangmaoyouxiangongsi | 142 | Agnes Johnson Store |
| 143 | Beautiful&sister | 144 | mingxingchaoshi |
| 145 | DMZDQ | 146 | chengxiangqulongqiaolishuofuzhuangshanghang |
| 147 | haikoulonghuawahabaihuodian | 148 | RunTaoQiCheMaoYiYouXianGongSi |
| 149 | HappyandNice | 150 | DISMISSED |
| 151 | guangzhoucengzhiduishangmaoyouxiangongsi | 152 | ShanXiZhaiXingGeChaYeYouXianGongSi |
| 153 | HengBaiXiangQiChe | 154 | baodexianliuxiabangongyongpindian |
| 155 | DISMISSED | 156 | A3G9Z40EWAW0SW |
| 157 | CLXZTHYo | 158 | WisLotife's |
| 159 | RenHoodie | 160 | ZORMIEY ARTWORK |
| 161 | PU YANG ZHI LIAN CAI SHUI GUAN LI ZI XUN ZHONG XIN | 162 | Super Grocers |
| 163 | SHAOXIANKUN | 164 | kenfashangmao |
| 165 | shihukemaoyi | 166 | tianjinjinghaiqufuhongwujindia |
| 167 | WANERR | 168 | A3Q6B8NWCDYMKH |
| 169 | Le Bon fook home | 170 | Hangzhou Youyang Electronic Commerce Co., Ltd. |
| 171 | gekashangmao | 172 | FRANK CO., LIMITED |
| 173 | haiqiushangmaoyouxiangongsi | 174 | 651-wafaw |
| 175 | Great department store | 176 | Key Life US |
| 177 | bo luo cheng xin dian | 178 | ShaMen Yixingyuan Trade Co., Ltd |
| 179 | yujuntongda | 180 | GuangZhouNanShaQuJiaShengSanShangMaoYouXianGongSi |
| 181 | guangzhousanzhangmaoyi | 182 | guohang--shop |
| 183 | Best&store | 184 | Linda k |
| 185 | shanxixinyuanhuafangdichanjingjiyouxiangongsi | 186 | AO8BUP1I4YPC7 |
| 187 | PuYangShiHaiGongShangMaoYouXianGongSi | 188 | Xia&Lin |
| 189 | ZHWDA | 190 | YSTickers |
| 191 | JiangShuAiQingGuShi | 192 | Strongest painting |
| 193 | GUANGZHOU HUANGKUANG MAOYI SHANGHANG | 194 | DISMISSED |
| 195 | mar597109 | 196 | DISMISSED |
| 197 | DISMISSED | | |

3

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | DISMISSED | 2 | DISMISSED |
| 3 | aliexpress.com/store/5499020 | 4 | aliexpress.com/store/5972078 |
| 5 | aliexpress.com/store/900251105 | 6 | aliexpress.com/store/910721128 |
| 7 | aliexpress.com/store/911045108 | 8 | aliexpress.com/store/911133013 |
| 9 | aliexpress.com/store/911202141 | 10 | aliexpress.com/store/911325143 |
| 11 | aliexpress.com/store/911331085 | 12 | aliexpress.com/store/911422051 |
| 13 | aliexpress.com/store/911609407 | 14 | aliexpress.com/store/911705121 |
| 15 | aliexpress.com/store/911725163 | 16 | aliexpress.com/store/911745245 |
| 17 | aliexpress.com/store/911751364 | 18 | aliexpress.com/store/911754809 |
| 19 | aliexpress.com/store/911759513 | 20 | aliexpress.com/store/911764863 |
| 21 | aliexpress.com/store/3220043 | 22 | aliexpress.com/store/911765941 |
| 23 | aliexpress.com/store/911775502 | 24 | aliexpress.com/store/911783743 |
| 25 | aliexpress.com/store/911787605 | 26 | aliexpress.com/store/911789747 |
| 27 | aliexpress.com/store/911793508 | 28 | aliexpress.com/store/911797584 |
| 29 | aliexpress.com/store/911798137 | 30 | aliexpress.com/store/911799256 |
| 31 | aliexpress.com/store/911805073 | 32 | aliexpress.com/store/911806015 |
| 33 | aliexpress.com/store/911817446 | 34 | aliexpress.com/store/911820192 |
| 35 | aliexpress.com/store/911830168 | 36 | aliexpress.com/store/911832040 |
| 37 | aliexpress.com/store/911832329 | 38 | aliexpress.com/store/911832401 |
| 39 | aliexpress.com/store/911832506 | 40 | aliexpress.com/store/911836199 |
| 41 | aliexpress.com/store/911838179 | 42 | aliexpress.com/store/911860018 |
| 43 | aliexpress.com/store/911864044 | 44 | aliexpress.com/store/911874092 |
| 45 | aliexpress.com/store/911880168 | 46 | aliexpress.com/store/911883138 |
| 47 | aliexpress.com/store/911883229 | 48 | aliexpress.com/store/911893237 |
| 49 | aliexpress.com/store/911896067 | 50 | aliexpress.com/store/911929996 |
| 51 | aliexpress.com/store/911930648 | 52 | aliexpress.com/store/911931645 |
| 53 | aliexpress.com/store/911933081 | 54 | aliexpress.com/store/911934964 |
| 55 | aliexpress.com/store/911935068 | 56 | aliexpress.com/store/911935673 |
| 57 | aliexpress.com/store/911936687 | 58 | aliexpress.com/store/911937122 |
| 59 | aliexpress.com/store/911940683 | 60 | aliexpress.com/store/911940792 |
| 61 | aliexpress.com/store/911941646 | 62 | aliexpress.com/store/911944504 |
| 63 | aliexpress.com/store/911945043 | 64 | aliexpress.com/store/911960069 |
| 65 | aliexpress.com/store/911962192 | 66 | aliexpress.com/store/911972069 |
| 67 | aliexpress.com/store/912024517 | 68 | amazon.com/sp?seller=A11CGNUQ1F7GPM |
| 69 | amazon.com/sp?seller=A124MRFPZL7OM9 | 70 | amazon.com/sp?seller=A124RSFKOHO3IA |
| 71 | amazon.com/sp?seller=A13TA1DY0BTM52 | 72 | DISMISSED |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 73 | amazon.com/sp?seller=A15Y9LW33HMMIL | 74 | amazon.com/sp?seller=A178FCMAXC5853 |
| 75 | amazon.com/sp?seller=A179LXLN4FY5RM | 76 | amazon.com/sp?seller=A18OLYEKV5LJME |
| 77 | DISMISSED | 78 | amazon.com/sp?seller=A1CHP3G5DFNXJB |
| 79 | DISMISSED | 80 | amazon.com/sp?seller=A1D0Y3KH4FFVAD |
| 81 | amazon.com/sp?seller=A1D82UM5Y1Y5CQ | 82 | amazon.com/sp?seller=A1D83ZYUWIVDDA |
| 83 | amazon.com/sp?seller=A1DN4JAIQ7NWX2 | 84 | amazon.com/sp?seller=A1E7SGDL6EX5QX |
| 85 | EXCEPTED | 86 | amazon.com/sp?seller=A1GCQ5OVHEI2CB |
| 87 | amazon.com/sp?seller=A1H7USALE7YUJU | 88 | DISMISSED |
| 89 | amazon.com/sp?seller=A1K1R2K5NM83IE | 90 | amazon.com/sp?seller=A1MCWTL1SHZ1G5 |
| 91 | amazon.com/sp?seller=A1MS94GR1GWAU5 | 92 | DISMISSED |
| 93 | amazon.com/sp?seller=A1O23Z853EVXUR | 94 | amazon.com/sp?seller=A1OIS4VT18W6BG |
| 95 | amazon.com/sp?seller=A1OROP4ZRIK8NM | 96 | amazon.com/sp?seller=A1OXPBAIJZOW6A |
| 97 | amazon.com/sp?seller=A1P9T69ZH2494U | 98 | amazon.com/sp?seller=A1PYL9TO4WG7SN |
| 99 | amazon.com/sp?seller=A1Q18ME3QC6SRB | 100 | amazon.com/sp?seller=A1QR89EOQ14WL2 |
| 101 | amazon.com/sp?seller=A1SXRLTK6AR7QP | 102 | amazon.com/sp?seller=A1TW7FU0LM5KEO |
| 103 | amazon.com/sp?seller=A1VFIBKWK5U1YO | 104 | amazon.com/sp?seller=A1VFPFH51PI1D7 |
| 105 | DISMISSED | 106 | amazon.com/sp?seller=A1Y6S4HO2L5C3 |
| 107 | amazon.com/sp?seller=A1YVMI5QJ325B7 | 108 | amazon.com/sp?seller=A1Z4WIDFPBUPWD |
| 109 | amazon.com/sp?seller=A1ZW8RD38642N5 | 110 | amazon.com/sp?seller=A21IE43WN3Q2TB |
| 111 | amazon.com/sp?seller=A224II6QDSEAB2 | 112 | amazon.com/sp?seller=A228FALF80NRKA |
| 113 | amazon.com/sp?seller=A23KSXSWXDVBMG | 114 | amazon.com/sp?seller=A2446MU1O80E45 |
| 115 | amazon.com/sp?seller=A27UF4ALPGX395 | 116 | amazon.com/sp?seller=A28929W0LA8X63 |
| 117 | amazon.com/sp?seller=A2BULJE78XJCQ | 118 | amazon.com/sp?seller=A2CNNRYXLIMKPL |

5

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 119 | amazon.com/sp?seller=A2E74WW1530AJ | 120 | amazon.com/sp?seller=A2GXSY9O4ZS63W |
| 121 | amazon.com/sp?seller=A2HWX8IF1D8TJ5 | 122 | amazon.com/sp?seller=A2J7RST5ITLWQ4 |
| 123 | amazon.com/sp?seller=A2KFDD37I2ABNY | 124 | amazon.com/sp?seller=A2KWFPOSCKHZAM |
| 125 | amazon.com/sp?seller=A2LD865H54UBYX | 126 | amazon.com/sp?seller=A2M5H23JSXZ5EE |
| 127 | DISMISSED | 128 | amazon.com/sp?seller=A2NM4RQEKKALQ4 |
| 129 | amazon.com/sp?seller=A2S5HDEITKPAZK | 130 | amazon.com/sp?seller=A2T0NH23IT022Q |
| 131 | amazon.com/sp?seller=A2TJ7TVUIA2BL3 | 132 | amazon.com/sp?seller=A2VFCVND5E293H |
| 133 | amazon.com/sp?seller=A2VRSH1D4H7EPC | 134 | amazon.com/sp?seller=A2WC96HXX0RII5 |
| 135 | amazon.com/sp?seller=A2XIDAKO7X3AGI | 136 | amazon.com/sp?seller=A2YFKWTH37SWBY |
| 137 | amazon.com/sp?seller=A2ZD7XSVK3QKH5 | 138 | amazon.com/sp?seller=A30MERR4NOLX3P |
| 139 | DISMISSED | 140 | amazon.com/sp?seller=A34EV93IUTNN45 |
| 141 | amazon.com/sp?seller=A34XZZODQGKEKT | 142 | amazon.com/sp?seller=A3591D1Q1W7K79 |
| 143 | amazon.com/sp?seller=A38O94EL0Y87RC | 144 | amazon.com/sp?seller=A39D2YAOXESVWA |
| 145 | amazon.com/sp?seller=A39TQLZCKQK3HV | 146 | amazon.com/sp?seller=A3A5BTNXBARHO |
| 147 | amazon.com/sp?seller=A3AZXRR49IQAW4 | 148 | amazon.com/sp?seller=A3B537G4D41CH3 |
| 149 | amazon.com/sp?seller=A3BSWDZJGD6FB4 | 150 | DISMISSED |
| 151 | amazon.com/sp?seller=A3CVNTI7LZ4PZB | 152 | amazon.com/sp?seller=A3CX4W5X08IN8V |
| 153 | amazon.com/sp?seller=A3F2ZB64RXV1DJ | 154 | amazon.com/sp?seller=A3FJBVNL5RTLNJ |
| 155 | DISMISSED | 156 | amazon.com/sp?seller=A3G9Z40EWAW0SW |
| 157 | amazon.com/sp?seller=A3HDU6WKSZ6752 | 158 | amazon.com/sp?seller=A3HW14CS0VLVPF |
| 159 | amazon.com/sp?seller=A3HXH2FWO4HT39 | 160 | amazon.com/sp?seller=A3IGQWUA6OOE7H |
| 161 | amazon.com/sp?seller=A3IQJNXQOAAFHU | 162 | amazon.com/sp?seller=A3J7J7D3NSC13L |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 163 | amazon.com/sp?seller=A3KUQ5LGQFLKN | 164 | amazon.com/sp?seller=A3L6330FRD42Z2 |
| 165 | amazon.com/sp?seller=A3N13TCNYWTZ87 | 166 | amazon.com/sp?seller=A3NG6HA6GCXOAD |
| 167 | amazon.com/sp?seller=A3NL78Y5D8HR47 | 168 | amazon.com/sp?seller=A3Q6B8NWCDYMKH |
| 169 | amazon.com/sp?seller=A3QGSQEOW4IXNC | 170 | amazon.com/sp?seller=A3SSO9RWO9AKJG |
| 171 | amazon.com/sp?seller=A3TVCXYKD9JWN0 | 172 | amazon.com/sp?seller=A3VPYIZI8UYIO0 |
| 173 | amazon.com/sp?seller=A4BD5ATN2IQV2 | 174 | amazon.com/sp?seller=A4U8I8D2SACLH |
| 175 | amazon.com/sp?seller=A65SBBGNWGZAQ | 176 | amazon.com/sp?seller=A6TJ10HVR9ZIQ |
| 177 | amazon.com/sp?seller=A91MCIP9E1QXX | 178 | amazon.com/sp?seller=ABKNBUG43LDTU |
| 179 | amazon.com/sp?seller=ADWNQVKABKAWS | 180 | amazon.com/sp?seller=AEDR0YBG4TAFG |
| 181 | amazon.com/sp?seller=AF8HQIH5V9D0W | 182 | amazon.com/sp?seller=AFVDEGLVNON1I |
| 183 | amazon.com/sp?seller=AIW1KUS7OJ49E | 184 | amazon.com/sp?seller=ALSFLSNLF7JNS |
| 185 | amazon.com/sp?seller=ANM4CTR4AJFFG | 186 | amazon.com/sp?seller=AO8BUP1I4YPC7 |
| 187 | amazon.com/sp?seller=APHPUXI5VW0P8 | 188 | amazon.com/sp?seller=ASEA8XLWHU9M4 |
| 189 | amazon.com/sp?seller=ASHS6ZG4KRQD | 190 | amazon.com/sp?seller=ASWK2IL3ZS5JG |
| 191 | amazon.com/sp?seller=AUMCBN92TVUO6 | 192 | amazon.com/sp?seller=AUVBB0TCN9MWD |
| 193 | amazon.com/sp?seller=AV7PRU34LO3IX | 194 | DISMISSED |
| 195 | ebay.com/usr/mar597109 | 196 | DISMISSED |
| 197 | DISMISSED | | |

7