IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| H-D U.S.A., LLC,<br><br>       Plaintiff,<br>v.<br><br>AUTOPARTSFACTORY STORE, et al.,<br><br>       Defendants. | Case No. 21-cv-03294<br><br>**Judge Thomas M. Durkin**<br><br>**Magistrate Judge Beth W. Jantz** |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that Plaintiff, by its counsel, has filed Plaintiff's Motion for Entry of Default and Default Judgment against the Defendants identified on Schedule A, with the exception of Defendant Come Brownie. Pursuant to General Order 21-0027, Plaintiff has not noticed the Motion for a hearing, but Plaintiff is available for a telephonic hearing if requested by the Court.

Dated this 9th day of September 2021.   Respectfully submitted,

                                          /s/ Justin R. Gaudio
                                          Amy C. Ziegler
                                          Justin R. Gaudio
                                          RiKaleigh C. Johnson
                                          Martin F. Trainor
                                          Greer, Burns & Crain, Ltd.
                                          300 South Wacker Drive, Suite 2500
                                          Chicago, Illinois 60606
                                          312.360.0080 / 312.360.9315 (facsimile)
                                          aziegler@gbc.law
                                          jgaudio@gbc.law
                                          rjohnson@gbc.law
                                          mtrainor@gbc.law

                                          *Counsel for Plaintiff H-D U.S.A., LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of September 2021, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website and I will send an e-mail to the e-mail addresses identified in Exhibit 3 to the Declaration of Adraea M. Brown and any e-mail addresses provided for Defendants by third parties that includes a link to said website.

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Martin F. Trainor
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law
mtrainor@gbc.law

*Counsel for Plaintiff H-D U.S.A., LLC*