# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| H-D U.S.A., LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AUTOPARTSFACTORY STORE, et al.,<br><br>    Defendants. | Case No. 21-cv-03294<br><br>**Judge Thomas M. Durkin**<br><br>**Magistrate Judge Beth W. Jantz** |

## STATUS REPORT

Pursuant to this Court's Order [56], Plaintiff H-D U.S.A., LLC ("Plaintiff") submits the following status report.[1]

Defendant Come brownie's ("Defendant") purported email issue has not been resolved. On September 7, 2021, Defendant filed a Notice of Change of Address that listed a physical address in China, with no email address. [52]. Defendant's filing further indicated that "all orders, notices, pleadings and other correspondence" should be sent to the provided physical address in China.

Since Defendant has not confirmed his email address as directed by the Court, no settlement discussions have taken place. For the reasons indicated in its Motion to Extend the Briefing Schedule [45], Plaintiff maintains that the current evidence in record establishes personal jurisdiction over Defendant. However, to the extent that there is any uncertainty, jurisdictional discovery remains appropriate.

---

[1] Plaintiff sent Defendant a copy of this Joint Status Report for comment on September 8, 2021. As of this filing, Plaintiff did not receive a response from Defendant.

Dated this 9th day of September 2021.   Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Martin F. Trainor
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law
mtrainor@gbc.law

*Counsel for Plaintiff H-D U.S.A., LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of September 2021, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website and I will send an e-mail to the e-mail addresses identified in Exhibit 3 to the Declaration of Adraea M. Brown and any e-mail addresses provided for Defendants by third parties that includes a link to said website.

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Martin F. Trainor
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law
mtrainor@gbc.law

*Counsel for Plaintiff H-D U.S.A., LLC*
