**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| H-D U.S.A., LLC, | |
| *Plaintiff,* | |
| v. | Case No.: 21-cv-03294 |
| THE PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," | Judge Thomas M. Durkin |
| *Defendants.* | |

FILED  RP
9/9/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## STATUS REPORT

Defendant Zhang Hehe d/b/a Come brownie hereby submits this Status Report pursuant to the Court's August 26, 2021 Minute Order [Dkt. No. 56] to apprise the Court as to the status of the issues between the parties.

First, the reason this is not a "joint" status report per the Court's order is because Come brownie was never served a copy of the Plaintiff's complaint and summons. The status follows:

- Without service, this Court lacks personal jurisdiction over Come brownie.

- Since service wasn't effectuated and the notice requirement under Rule 65(a)(1) was not satisfied prior to the entry of the preliminary injunction, the preliminary injunction must be dissolved as to Come brownie—notwithstanding that Plaintiff may renew its motion for a preliminary injunction against Come brownie.

- Despite Come brownie's best efforts, the email issue has not been resolved.

- As instructed by the notice of change of address [Dkt. No. 59], Come brownie respectfully requests that all orders, notices, pleadings and other correspondence be sent to the provided physical address in China.

1

Dated: September 9, 2021

Defendant Zhang Hehe d/b/a Come brownie

BY: /s/ *Zhanghehe*
No.2 Courtyard of Zhangzhuang
Guanzhuang Village, Dingji Town
ZhoukouCity, Xiangcheng
Henan Province, 466200 China

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 9th day of September 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the parties.

_____
/s/*Zhanghehe*
Defendant Zhang Hehe