

FILED
12/6/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| H-D U.S.A., LLC,<br><br>      Plaintiff,<br>      v.<br><br>THE PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>      Defendants. | Case No.: 21-cv-03294<br><br>Judge: Thomas M. Durkin<br><br>Magistrate Judge: Beth W. Jantz |

**NOTICE OF CORRECTION**

  Defendant Zhang Hehe (d/b/a Come brownie on Amazon.com) ("Mr. Hehe") hereby states as follows:

  1. On November 24, 2021, Mr. Hehe filed his Reply in Support of Motion to Quash and Motion to Dismiss. (Dkt. 95).

  2. Mr. Hehe has subsequently learned of errors and deficiencies contained in the Reply, and hence files this Notice of Correction.

  3. The incorrect Declaration was attached to the Reply. (Dkt. 95.) The corrective action hereby taken is refiling the Reply in Support of Motion to Quash and Motion to Dismiss, attaching the correct Declaration including all Exhibits of Facts.

  Dated this 6th day of December 2021.

                /s/*Zhanghehe*
                Defendant Zhang Hehe

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the 6th day of December 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the parties.

                /s/*Zhanghehe*
                Defendant Zhang Hehe